# E-filing

$55$

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

3  Name   Sims.    DERRICK    D.    **FILED**

4    (Last)        (First)        (Initial)



5  Prisoner Number  J-20913         MAR 2 8 2008

6  Institutional Address  P.O. BOX 7500    RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
7  CRESCENT CITY CA. 95531

8  ===========================================================

9       UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
10

11  DERRICK SIMS.              CV  08  1691
    (Enter the full name of plaintiff in this action.)                    SBA
12              vs.               Case No. _____
                                  (To be provided by the clerk of court)
13  DR. SAYRE (CMO) M. McLEAN (FNP)(HCM),
        Michael                                    COMPLAINT UNDER THE
14  J. KRAVITZ (CCII), B. SAMPLES (CCII)    CIVIL RIGHTS ACT,      (PR)
        JOSEPH                               42 U.S.C §§ 1983
15  C. GOROSPE. STAFF SERVICE ANALYST.
16  N. GRANNIS: LINDA ROWE: MD.
    (Enter the full name of the defendant(s) in this action))
17  _____

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.   Exhaustion of Administrative Remedies

20      [Note:  You must exhaust your administrative remedies before your claim can go

21      forward.  The court will dismiss any unexhausted claims.]

22      A.   Place of present confinement **PELICAN BAY SECURITY HOUSING UNIT.**

23      B.   Is there a grievance procedure in this institution?

24           YES (✓)    NO ( )

25      C.   Did you present the facts in your complaint for review through the grievance

26           procedure?

27           YES (✓)    NO ( )

28      D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT              - 1 -

1. appeal at each level of review.  If you did not pursue a certain level of appeal,

explain why.    cdc-1824

1. Informal appeal APPEAL # ADA. PBSP. B07-01270

FILED. 5/20/07. DENIED. BY DR. M. SAYRE ON 6/7/07

signed off BY. C. GORSPE.                                    2. First

formal level AFTER 1824 Is DENIED AT INFORMAL LEVEL

IT IS SCREEND ON TO cdc 602. AT LEVE F.

TO SECOND LEVEL.

3. Second formal level DENIED ON 7/11/07 BY (FNP)

HCM. M. MCLEAN. signed off BY J. KRAVITZ.

CCII...                                                            4 Third

formal level DENIED BY CHIEF INMATE APPEALS

N. GRANNIS.

_____

E.    Is the last level to which you appealed the highest level of appeal available to

you?

           YES (✓)        NO ( )

F.    If you did not present your claim for review through the grievance procedure,

explain why. _____

_____

_____

II.    Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs,

if any.

DERRICK SIMS J-20913

DS-211 P.O. BOX 7500.

CRESCENT CITY CA. 95531

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                        - 2 -

1    place of employment.

2    Micheal c. Sayre. chief medical officer.. C. Gorospe. (staff

3    service analyst.") B. Samples (correctional counselor II.)
     Linda Rowe. medical doctor.

4    Joseph Kravitz. (correctional counselor II.) Maureen McLean.,
     (family nurse practitioner. and health care manager) C. Granhs

5    all work at Pelican Bay state prison.                          D.

6    P.O. Box 7500 Crescent city CA 95531          III.

7    Statement of Claim AND STATEMENT OF FACTS

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11   separate numbered paragraph.

12   1). This complaint is for injunctive relief and damges for

13   defendants' deliberate indifference to the serious medical needs

14   of plaintiff Derrick Sims. J-20913. during his confinement

15   at Pelican Bay state prison [SHU]. defendants "individually and

16   collectively" of having acted with arbitary, capricious, and

17   deliberate disregard and indifference" in violation of

18   plaintiff's right to be free of cruel and unusual punish-

19   ment." 2) on (5/20/07) plaintiff. filed a CDC&R. 1824 (ADA,)
     (and discriminated against the Americans with disability act.

20   (reasonable modification or accommodation request form)

21   This form is only to be used by inmates with disabilitys

22   (see. exhibit A) plaintiff filed this form: to inform

23   Pelican Bay prison that his disability is being affected.

24   see. continued pgs 2.1-2 8

25   IV.    Relief

26   Your complaint cannot go forward unless you request specific relief. State briefly exactly

27   what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28   (1) Plaintif prays that the court grants temporary —

COMPLAINT                          - 3 -

STATEMENT of CLAIM.

BY THE EVERYDAY CONDITIONS AT PELICANBAY STATE PRISON (SECURITY HOUSING UNINT).

3. PLAINTIFF lives WITH ASTHMA AND HAS LIVED WITH this DISABILITY SINCE HIS YOUTH AS A CHILD.

4. WHEN PLAINTIFF FILED HIS (1824), HE REQUESTED EMERGENCY MEDICAL TRANSFER TO ANOTHER PRISON (SHU). THAT BEST SUITS HIS DISABILITY UNDER (A.D.A.). PLAINTIFF'S ASTHMATIC state QUALIFIES FOR MEDICAL TRANSFER. (THE AIR QUALITY IN AND AROUND (PBSP) IS POOR DUE TO THE CONTROL BURNING OF TRASH, DEAD LEAVES, BRANCHES, ALSO WOODSTOVES OF RESIDENCE AND OR CITY WORKERS.

5. THE SMOKE, SENT AND FUMES ARE IRRATANTS THAT LINGER ON TO THE (SHU) YARDS ALSO ENTERING THROUGH THE VENTALATION SYSTEM, CONSISTING OF DUST, SOOT, AND ASH.

6. (SEE EXHIBIT (A) Pg(17). WHICH IS DUST, SOOT AND ASH. CONTAINED IN A ZIPLOCK. (NOTICE TO COURT) THE SUPERIOR COURT OF DEL NORTE COURT IS IN POSSESION OF ORIGINAL ZIPLOCK AS PLAINTIFF HAS FILED A HABEAS CORPUS WITH THE STATE ALSO. WHICH IS CASE No: HCPB07-5163. PLAINTIFF ALSO REQUESTED MONEY DAMAGES IN HABEAS CORPUS WRIT.

7. THE VENTALATION SYSTEM IN THE (SHU) IS INADEQUATE, DUE TO IT BEING A BLOWER SYSTEM WITH NO INTAKE SYSTEM. MEAING THE SYSTEM ONLY SUCKS IN AIR FROM OUT SIDE AND BLOWS-

1 AIR INTO HOUSING UNITS WITHOUT INTAKE TO CIRCULATE AIR.

2 AND WHEN THE BURNING OCCURS THIS TRIGGERS WHAT

3 COULD BE SERIOUS RESPITORY PROBLEMS WHERE PLAINTIFF

4 STRUGGLES TO BREATHE.. RESULTING IN CHEST PAINS,

5 SHORTNESS OF BREATH, AND WHEEZING..

6      8. ON (9/29/06) PLAINTIFF SUBMITTED A SICKCALL SLIP

7 TO MEDICAL AND WAS SEEN BY (RN.) FOR COMPLAINTS

8 OF ASTHMA. BREATHING DIFFICULTIES. (SEE EXHIBIT (B-1))

9      9. ON (10/13/06) PLAINTIFF SEEN (LINDA ROWE MD)

10 FOR SICKCALL COMPLAINING OF BREATHING DIFFICULTIES

11 (SEE. EXHIBIT. (B-2)).

12      10. ON: (11/9/06) PLAINTIFF SEEN RN. FOR SICKCALL

13 COMPLAINING OF BACK AND CHEST PAINS AT AROUND THAT

14 TIME WAS AWAITING A (PFT) TEST. WHICH RESULTED NORMAL.

15 (SEE EXHIBIT) (B-3))

16      11. DEFENDANT (LINDA ROWE M.D.) IS CURRENTLY EMPLOYED

17 BY (CDC.&R.) AS A PHYSICIAN AT (PBSP) AND IS RELEVANT

18 HERE IN AT ALL TIMES.

19      12. ON (3/5/07) PLAINTIFF SEEN (LINDA ROWE M.D.)

20 FOR (CHRONIC CARE VISIT) AND COMPLAINED OF BEING

21 AWAKEN AT TIMES BY CONTROL BURNING WHICH TRIGGERS

22 HIS ASTHMA. (SEE EXHIBIT) (B-4)

23      13. FINALLY ON. (5/20/07 WHEN PLAINTIFF FILED

24 THE (1824.) (AMERICANS WITH DISABILATIES APPEAL).

25 ON (6/6/07 (DEFENDANT) (DR. MICHAEL CLIFTON SAYRE)

26 (CMO) CONDUCTED (FIRST LEVEL REVIEW.) AND DENIED

27 REQUEST. STATING PLAINTIFFS ASTHMA IS FAR FROM

28 THE STAGE TO CONSIDER TRANSFER... (EXHIBIT (A), PG. (5)

         (PG 3-22.)

14.    DEFENDANT (Michael Clifton SAYRE MD.) is and
AT All TIMES RELEVANT HEREIN, is CURRENTLY EMPLOYED
by C.D.C. &R. AS A PHYSICIAN AND SERGEN. A CHIEF
MEDICAL OFFICER (CMO). PLAINTIFF is INFORMED AND
BELIEVES AND THEREON ALLEGES DEFENDANT is A PROPERLY
TRAINED AND LICENSED MEDICAL DOCTOR WHO is AND
HAS BEEN RESPONSIBLE FOR THE MEDICAL CARE OF
All INMATES AT (PBSP.) THIS INCLUDES BUT NOT
LIMITED TO, THE SUPERVISION DIRECTION, AND/OR PROPER
TRAINING OF THE MEDICAL STAFF AT (PBSP) IN THE
DELIVERY OF HEALTH CARE SERVICES, AND MANAGEMENT.
ALSO DETERMINATION OF PROPER MEDICAL CARE FOR INMATES.)

15. DURING FIRST LEVEL INTERVIEW PLAINTIFF
EXPLAINED THE FACTS AND HIS FEARS OF DYING FROM
AN ASTHMA ATTACK DUE TO CONTROL BURNINGS.

16. DEFENDANT'S DENIAL OF FINOT LEVEL AND STATE-
MENTS DISPLAYS DELIBERATE INDIFFERENCE. ALSO ORDERING
TEST TO SEE IF PLAINTIFF IN FACT HAS ASTHMA IS
RETALIATION TOWARDS PLAINTIFF DUE TO FACT PLAINTIFF'S
MEDICAL FILE IS WELL DOCUMENTED THAT HE HAS ASTHMA
ALSO PLAINTIFF PROVIDED A CDC&R MEDICAL CHRONO
(128 C) ALONG WITH (1824 FORM.) (SEE EXHIBIT) (A) Pg. (4)

17. THE TESTS THAT DOCTOR SAYRE ORDERED IS
(1) A PULOMONARY FUNCTION TEST. (PFT) AND A
ASTHMA CHALLENGED TEST.

18. ON ( 6/12/07) PLAINTIFF SUBMITTED HIS (1824)
TO (2ND) LEVEL , (EX. (A.) Pg. (7)

19 ON (6/14/07 PLAINTIFF TOOK A (PFT) TEST-

AT (PBSP.) CLINIC. WHICH THE RESULTS WERE. (SEVERE OBSTRUCTION)
SEE EXHIBIT (A.) Pg. (15.)

20. ON (6/25/07) PLAINTIFF WHILE AWAITING THE SECOND
LEVEL APPEAL RESPONSE. RECEIVED A C.D.C.&R MEMO.
APPEAL SUPENDED NOTICE. SIGED BY CORRECTIONAL
COUNCELOR II (B. SAMPLES.) (EXHIBIT) (A) pg (11)

21. ON (7/2/07.) PLAINTIFF SEEN LINDA ROWE AND
ATTEMPTED TO EXPLAIN THE USE OF HIS INHULER AND
SPECIFIC. WARNIGS TOWARDS HIS HEALTH. (SEE EX. (B)(5))

22. ON (7/11/07) (HEALTH CARE MANAGER)(HCM) (FNP)
DEFENDANT (MAUREEN MCLEAN) ALONG WITH (JOSEPH KRAVITZ)
(CORRECTIONAL COUNSELOR II.) DENIED PLAINTIFFS SECOND
LEVEL APPEAL WITHOUT (SPECIALTY EXPERT CONSULTATION)
(SEE EXHIBIT.) (A Pg. 12-13)

23. PLAINTIFF ALLEGES THAT DUE TO THE ABOVE
ACTIONS DEFENDANTS WERE SATISFIED THAT HE HAS
ASTHMA DUE TO RESULTS OF (P.F.T.) TEST TAKEN
ON 6/14/07. AND MOVED FORWARD TO CORRECT
THEMSELVES. AND COVER UP DR. MICHAEL SAYRES
ACTIONS.

24. DEFENDANT (MAUREEN MCLEAN) (FNP) (HCM)
IS RELEVANT AND EMPLOYED BY CD.C&R. AS FAMILY
NURSE PRACTIONER. AND HEALTH CARE MANAGER OF (PBSP)
.

25. ON (7/29/07) DISATISFIED WITH RESULTS OF
SECOND LEVEL. PLAINTIFF FILED APPEAL TO THIRD (3RD)
AND FINAL LEVEL OF ADMINISTRATION. IN SACRAMENTO.
IN THE MEANTIME STILL AWAITING A SECOND TEST-

26. ON (8/22/07.) PLAINTIFF APPEARED AT (ST. JOSEPH'S Hospital Eurika.) to take (ASTHMA challenge TEST.) DURING ATTEMPT TO TAKE TEST PLAINTIFF WAS ORDERED To BLOW ON MICHINE with ALL His WIND SEVERAL TIMES,. AFTER SEVERAL MINUTES INTO TEST THE TECHINIAN (E. LEVIN) TOLD PLAINTIFF "THATS IT YOU FAILED THIS TEST." AFTER READING THE (PFT) TEST YOU TOOK AT THE PRISON ON (6/14/07) ITS OBVIOUS YOU HAVE ASTHMA. PRISON MEDICAL should of KNOWN THAT BY READING THE (PFT.) AND NEVER SENT YOU..." THE TECHINIAN WENT ON to STATE THIS TEST IS SOLEY DESINGED FOR PEOPLE WHO SHOW NORMAL (PFT) TEST. TO SEE IF THEY HAVE ASTHMA. IT GIVES ASTHMA ATTACKS. YOUR (PFT.) CONFIRMS YOU HAVE A PROBLEM... TO GIVE YOU THIS TEST IS WRONG... YOU DO NOT MEET THE PROTOCAL... (SEE EXHIBIT) (C.)...

27. ON (8/28/07) PLAINTIFF SEEN (DEFENDANT LINDA ROWE MD.) FOR (CHRONIC CARE) AND (SICKCALL.) DURING VISIT PLAINTIFF COMPLAINED OF CHEST PAINS AND SHORTNESS OF BREATH, (SOB) RELATED to ASTHMA AND BURNINGS. THAT TRIGGER THE DIFFICULTIES. DURING THIS CONVERSATION WITH THE DEFENDANT, THE SMELL OF THE BURNING CAME DOWN THROUGH THE VENTALATION AND PLAINTIFF EXPLAINED TO (LINDA ROWE) "YOU SMELL THAT?, IT COMES THROUGH THE CELLS AND PODS MUCH STRONGER!

28. (LINDA ROWES) RESPONSE WAS ("YES I SMELL IT AND IT SOMETIMES BOTHERS ME TOO" AND CONTINUED-

1  BY SAYING WHEN THE SMELL IRRATATES YOUR ASTHMA YOU NEED
2  TO LET US KNOW SO WE CAN REMOVE YOU FROM THAT
3  ENVIROMENT..."）

4      29. PLAINTIFF ASKED "(WHEN YOU REMOVE ME,
5  FROM THAT ENVIROMENT WHERE YOU GOING TO PLACE ME
6  IF IT SMELLS OF SMOKE IN HERE TO (CLINIC)?

7      30. AT THAT TIME DEFENDANT CHANGED THE
8  SUBJECT AND ARGUED WITH HIM ABOUT HIS USE OF
9  (FLOWVENT INHALER) (SEE EXHIBIT)(②) PG.(1-2).(AND INHALER LABLE)

10  31. DEFENDANT ALSO STATED "(I DON'T KNOW WHY DR.
11  SAYRE ORDERED THIS CHALLENGE TEST WE ALREADY
12  KNOW YOU HAVE ASTHMA YOUR MEDICAL FILE SAYS IT AND
13  THIS 6/14/07 (PFT) SHOWS IT. I COULD OF TOLD
14  HIM THAT. AND HES AN (ANESTHESIOLOGIST). HE SHOULD
15  KNOW THAT., BASED ON (PFT) SCORES., IM GOING TO
16  HAVE TO TALK TO HIM (SAYRE) AND SEE WHATS
17  GOING ON. AT THAT TIME LINDA ROWE WENT TO
18  RM. 1 OF THE CLINIC AND CALLED DR. SAYRE: AND
19  CAME BACK AND TOLD ME YOUR ASTHMA IS UNDER
20  CONTROL AFTER SHE TOLD ME IN THE BEGINNING OF
21  VISIT IT WAS NOT IN CONTROL) (SEE EXHIBIT.①).PG(1-2)
22  AT LINES 18 OF PG (2). FILED 8/28/07. STAMPED ON UPPER
23  RIGHT CORNER (SEPT. 13. 07.) SEE ALSO.(EX)(B6)(B7)

24      31. ON. 8/30/07. THIRD LEVEL DENIED APPEAL. (EXHIBIT)(A)
25      32

26      ON. 10/10/07. PLAINTIFF SEEN (R.N.)(GREE) FOR
27  SICK CALL SLIP SUBMITTED ON 10/7/07 COMPLAINING OF
28  (HEADACHES.) ALSO OF HAVING YET ANOTHER ASTHMA-

1 ATTACK DUE TO BURNINGS. SEE EXHIBIT (B.8.)

2 33. AT ALL TIMES MENTIONED IN this complaint EACH

3 individual was acting in their official capacity

4 UNDER THE color of STATE LAW. And IN THE scope

5 of their EMPLOYMENT.

6 34. CHIEF OF INMATE APPEALS N. GANNIS DENIED

7 APPEAL AT THIRD LEVEL. ON 8/30/07 SEE EXHIBIT (A)

8 35. (DEFENDANTS) NAMED IN this COMPLAINT

9 With THE EXCEPTION of TECHICIAN (E. LEVIN) HAVE

10 And CONTINUE TO DISCRIMINATE AGAINST plaintiff

11 BECAUSE of His (ASTHMA) BY FAILING TO MAKE

12 REASONABLE ACCOMMODATIONS such AS TRANSFERING

13 Plaintiff to ANOTHER PRISON DUE TO ENVIROMENT...

14 FAILURE To accommodate A DISABILITY CONSTITUTES

15 discrimination UNDER (ADA)

16

17 36. IT is UNDISPUTED that plaintiff Suffers

18 from asthma which is a PHYSICAL IMPAIRMENT

19 AFFECTING THE RESPITORY SYSTEM.

20

21 37. DEFENDANTS ARE AWARE OF A PREVIOUS

22 PATTERN of DELIBERATE and callous indifference

23 to THE MEDICAL NEEDS of INMATES IN (PBSP)

24 Misdiagnoses and RESULTING IN Physical And

25 EMOTIONAL HARM.

26 38. BURN dates documented by DEFENDANT

27 AS THEY OCCUR ARE ENCLOSED SEE. EX. (F)

28

39. ON (1/23/08) PLAINTIFF SUFFERED AN ASTHMA ATTACK AND WAS TAKEN TO D. CLINIC AND THEN SPECIALTY CLINIC ER ROOM. (1) SEE EXHIBIT (F) p.g. II CONTINUED LINE NO (11)... (SEE ALSO)(Exhibit B. 9)

## CONCLUSION.

40. PLAINTIFF ALSO REQUEST THIS HONORABLE COURT APPOINT HIM COUNCEL DUE TO HIS (GPL.) GRADE-POINT LEVEL BEING AT 2.5. AND A READING SCORE OF 3.3. THAT OF A THIRD GRADER. THOUGH PLAINTIFF CAN READ HE HAS ENLISTED THE AID OF HIS SURROUNDINGS. (SEE. EXHIBIT)(E)

41. DEFENDANT MICHAEL SAYRE HAS PRIORS FOR TAKING UNREASONABLE RISK SEE. (EXHIBIT)(G)

42 (PBSP) STAFF ARE VIOLATING THE (ADA) AMERICANS WITH DISABILITY ACT.) 42 U.S.C § 12102 ARMSTRONG V. WILSON. (N.D. CAL.) C 94-2307. COURT ORDER. ALSO 7.2 FEDERAL STANDARD. "DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS.

42. A TORT CLAIM WAS PRESENTED AND DENIED BY BOARD OF CONTROL. (SEE EXHIBIT, H)...

DATE. 3/20/08

Derrick Sims
IN PRO SE

PG<3(a 8)

1   INJUNCTIVE RELIEF MEDICAL TRANSFER TO CORCORAN (SHU) UNTIL

2   CASE IS COMPLETE (2) PERMINANT INJUNCTIVE RELIEF, ACCOMMODATE
    HIS DISABILITY. (3) PUNITIVE DAMAGES ACCORDING TO PROOF IN THE

3   SUM OF 5,000,000(4) COMPENSATORY DAMAGES ACCORDING TO PROOF (5)
    FOR REASONABLE FEES FOR ATTORNEY PURSUANT TO 42 U.S.C. §1988

4   (6) FOR COST OF THE SUIT AND FOR ANY OTHER RELIEF DEEMS
    JUST AND PROPER.. (7) PLAINTIFF PRAYS THAT THE COURT SEES

5   HE IS A LAYMAN AT LAW WITH A G.P.L. GRADE POINT LEVE OR 2.5

6   AND READING LEVEL OF 3.3. AND APPOINTS COUNCEL, SEE EXHIBIT (6.)
    DECLATORY RELIEF.

7        I declare under penalty of perjury that the foregoing is true and correct.

8

9   Signed this    3    day of _____ 20 _____, 20 08

10

11   *Derrick Sims*

12   (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

EXHiBiT (A).
ADA APPEAL
LEVEL (I)



STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| PBSP | B07-01270 | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered
under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Derrick Sims | J-20913 | SHU/prisoner | — | C-2-114 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

AsthmATic...

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-2

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

128 C. MEDICAL CHRONO... ATTACHED.

DESCRIBE THE PROBLEM:

I AM AsthmATic ANd due TO THE control burNiNg & burNiNg of TRASh ON or AROUNd THE prison MY RESPIRATORY PROBLEMS ARE SERIOUS & CAN be LIFE threATENiNg, THE SMOKE Ash & SOOT, COME iNTO THE PODS- & cell AIRBORN & through THE VENTALATION SYSTEM, EVERY WEEK & MONTHLY EVEN AFTER THE FIRE is OUT I STill struggle TO breATH, WHEEZING- CHEST pAiN & ShORTNESS of breATh due TO iT LiNgERS iNTO THE VENTS.. CONT II

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

TRANSFER TO OCI ShU. WHERE AiR is FRESHER & NOT SMOKE iNFESTED OR COR ShU. LEVEL(H) ACTION REQUEST CONTINUED. FOR MAKING ME SUFFER ████ wANTON BreAthiNg PROBLEMS, MENTAL STRESS FEAR OF MY LIFE COMPENSATION iN THE AMOUNT OF $500,000.00

*Derrick Sims*
INMATE/PAROLEE'S SIGNATURE

① 5/20/07
DATE SIGNED

MAY 2 1 2007              JUN 1 2 2007
                JUN 0 6 2007

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

| DATE ASSIGNED TO REVIEWER: 6/6/07 |
|---|
| DATE DUE: 6/27/07 |

TYPE OF ADA ISSUE

☐  PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐     Auxiliary Aid or Device Requested

☐     Other_____

☐  PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS:_____

*See attached response*

_____
_____
_____
_____
_____
_____

DATE INMATE/PAROLEE WAS INTERVIEWED _____    PERSON WHO CONDUCTED INTERVIEW _____

DISPOSITION

☐  GRANTED    ☒  DENIED    ☐  PARTIALLY GRANTED

BASIS OF DECISION:_____

*See attached response*

_____
_____
_____

NOTE:  If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided.  If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY (NAME) MC Sugn | TITLE CMO | INSTITUTION/FACILITY |
|---|---|---|

| APPROVAL |
|---|

| ASSOCIATE WARDEN'S SIGNATURE MC Sugn | DATE SIGNED 6/7/07 |
|---|---|

②  | DATE RETURNED TO INMATE/PAROLEE |

DESCRIBE PROBLEM: FIRST LEVEL... Ada 1824

1 CONTINUED II. 1824 ACT. SIMS J20913

2 1) THE VENTALATION SYSTEM IS NOT ADEQUATELY FIT FOR ASTHMATICS

3 DUE TO ITS NOT UNIVERSAL, I.E. DOES NOT CIRCUMVENT. AIR

4 IT ONLY BLOWS, THERE IS NO SUCKTION TO SUCK IN DIRTY

5 AIR. PLUS THE SMOKE SOOT & ASH blow IN through BOTH

6 OUTSIDE THE H.U.S & ALSO COMES IN through THE VENTS

7 FILLING MY CELL, I'VE USE MY INHALER BEEN ON ASTHMA CARE

8 & SINGULAIR which DO NOTHING WHEN these BURNINGS

9 TAKE PLACE. MY CELL fills WITH SMOKE ASH, & RED SOOT

10 AND LINGERS IN THE VENT FOR HOURS SOMETIMES DAYS AT

11 A TIME... SEE. HELLING v. McMILLAN (1992) 503 U.S. 25.

12 [113 S. CT. 2475 125 L Ed. 2d 22].

13

14

15 PELICAN BAY STATE PRISON                    Derrick Sims J-20913
   SECURITY HOUSING UNIT                        DERRICK SIMS. J-20913
16 UNIT C-2

17

18

19

20

21

22

23

24

25

26                                ③

27

_First Level Adm. Verification..._

# PELICAN BAY STATE PRISON
# HEALTH CARE SERVICES UNIT

### CHRONIC CARE CLINIC CHRONO

NAME: _Sims, D._     CDC#: _J-20913_    UNIT: _C6-124L_ DATE: _4/16/04_

Inmate _____, CDC# _____, has been

enrolled in the following Chronic Care Program (s).

☐    **Diabetes**

☐    **Cardiovascular**

☐    **Gastrointestinal**

☐    **Hypertension**

☐    **Seizure Disorder**

☒    **Pulmonary**      (Asthma) TB    **PLEASE CIRCLE WHICH ONE**

☒    **General Medicine**   **PLEASE SPECIFY DIAGNOSIS:** _HCV_

_____
Signature

Distribution:
Original     Unit Health Record
cc:        Inmate
         MedSched Scheduler

④

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-2

FIRST LEVEL SUPPLEMENTAL PAGE
First Level Reviewer's Response
ADA

RE:    PELICAN BAY STATE PRISON

Appeal Log #: PBSP-B-07-01270
Inmate Name: SIMS J20913

**APPEAL DECISION**: DENIED

**APPEAL ISSUE:** You filed a CDC 1824 on May 20, 2007 requesting a transfer to another CDC facility due to the fact you claim your asthma is made worse by the controlled burning that takes place around the prison. You claim the smoke and soot enters the pods and cell airborne through the ventilation system. You claim this causes you to both struggle to breath and wheeze.

**FINDINGS:** Your appeal with the attachments and your requested action has received careful consideration. On June 6, 2007 Dr. Sayre, Chief Medical Officer interviewed you for this appeal. A review of your medication shows that you have just had the most basic increase in anti-inflammatory therapy. Your case is far from the stage where a transfer would even be considered. It does not appear that an asthma challenge test has occurred. I told you that I would look in to this matter to make sure the appropriate tests are done to determine if you do in fact actually have asthma. You agreed to this course of action and acknowledged your understanding.

**DETERMINATION OF ISSUE:** A thorough review of your request presented in this complaint has been completed. Based on this review, the action requested to resolve the appeal is denied

*C. Gorospe*                    6/6/07
C.GOROSPE                       Date
Staff Services Analyst

*M C Sayr*                      6/7/07
M. SAYRE, M.D.                  Date
Chief Medical Officer

⑤

EXHIBIT (A) LEVEL'S..

(2) STARTS AT (F.)

LEVEL (3) ALSO STARTS
ON SAME PAGE AT (H)

(F) = 2Nd LEVEL CONTINUES ON PG. 8-9-10

(H) = 3Rd LEVEL CONTINUES ON PGS. 13-14. And 15...

COURT DOCUMENTS DO NOT CONCEAL OR REMOVE/DESTROY

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

PELICAN BAY STATE PRISON

**INMATE/PAROLEE** Location: Institution/Parole Region    Log No.        Category
**APPEAL FORM**      SECURITY HOUSING UNIT
CDC 602 (12/87)      UNIT C-2         1. PBSP          1. BO7-01270    18 PSD D
                                       2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| DERRICK SIMS | J-20913 | | C-2-114 |

A. Describe Problem: _____

1824

If you need more space, attach one additional sheet.

B. Action Requested: _____

Inmate/Parolee Signature: _Derrick Sims_                    Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed        CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

⑥

First Level  ☐ Granted  ☑ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER/S ACTION (Complete within 15 working days): Date assigned: _____  Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved: _____  Returned: _____

Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

DISSATISFIED! IM BEING DISCRIMINATED and called a LIAR OF which DID NOT TAKE PLACE AT ADA SCREENING THIS COMPLAINT is BEING FILED PER US constitutions commerce clause & THE 14th amendment PER TRW. schwarZEneggER (N oooZ) NO. CCI-1351 TEH. pAdilla V cnl. see ATTAched

Signature: _____  Date Submitted: 6-12-07

Second Level  ☑ Granted  ☐ P. Granted  ☑ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____  Due Date: _____

☑ See Attached Letter

Signature: _____  Date Completed: 7-11-07

Warden/Superintendent Signature: _____  Date Returned to Inmate: 7-17-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

DISSATISFIED: MEDICAL STAFF HERE AT PBSP Violated THE ADA COURT ORDER and THE FEDERAL 7.2 RULE Also madrid ACT AS WELL AS MY CONSTITUTIon CONSTITUTional RIGHTS 14th AmendMenT, BY NOT FollowiNg THE ADA Polocy and willingly placing MY HEALTH & LIFE in DangER ASThma is consiDERED TO BE CRITICAL & LIfe ThREATENING And Has a NEGATIVE impact an THE QUALITY OF LIFE SEE other Pg²

Signature: _____  Date Submitted: 7/29/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

F. LEVEL. CONTINUED Add. 1824/602

1. RIVERSIDE, SUP. CT. NO: RIC. 3186501. AND PREVENTIVE CARE.
2. DISATISFIDE CONT. (1) ON 6-7-07 I WAS SCREENED FOR ADA.
3. APPEAL BY SAYRE. M.C. MD. AND DENIED MY ADA RIGHTS
4. GARANTEED BY LAW, AND TOLD TO FIRST TRY ALL THE
5. THERAPIES BEFORE BEING CONSIDERED FOR REQUESTED MODIFI-
6. CATION, ACCOMMODATION ... (2) ON 6/-4-07 I WENT FOR CHRONIC
7. CARE FOR ASTHMA, & COMPLAINED ABOUT MY CONDITION
8. WITH THE SMOKE, & WAS OFFERED A NEW INHALER AND
9. DUE TO MY OTHER CHRONIC CONDITIONS, I AM NOT ABLE TO
10. TAKE MOST MEDICATIONS FOR MY ASTMA, I EXPLAINED
11. TO LINDA ROWE MD. THAT I'VE HAD (2) ASTHMA ATTACKS
12. DURING THE MIDDLE OF THE NIGHT, DUE TO SMOKE
13. INHALATION ON 5/25 & 26/07 11:49/ & 9:09, AM.& DURING THE
14. P.M. HRS. AND BOTH TIMES NOT ABLE TO CALL MANDOWN
15. FOR INHALER, DUE TO LACK OF BREATH FROM ATTACKS.
16. LUCKLY BOTH WERE NOT SEVERE OR TRAGIC. WHEN I
17. HAVE ASTHMA ATTACKS/EPISODES, I'M DISABLED FROM
18. SPEAKING LOUD, OR ALERTING MY SURROUNDINGS OF NEED
19. FOR MEDICAL ATTENTION OR INHALER...(3) THIS PBSP SHU.
20. VENTALATION SYSTEM IS INADEQUATE FOR ME DUE TO THERE
21. IS NO INTAKE, OUTTAKE VENTS WHICH INKAKE SUCKS IN
22. AIR. "FOR PROPER CIRCULATION", THERE IS ONLY OUTTAKE"
23. (BLOWER) WHICH WHEN BURNING OCCURS THE SMOKE IS
24. CIRCULATING IN ALL THE H.U.S. THROUGH THE VENTS.
25. EVEN IF THE DOOR IS OPEN IT JUST CIRCULATES
26. THROUGH THE PODS ASHES, SOOT... ON 6-8-07 I OVER
27. HEARD. CCI PEDERSON AT 12:34 P.M. ASKING C-2- GUNNER

II
F. LEVEL CONT. ADD 1824./602

MRS. BRYANT ABOUT TURNING THE AIR UP. SHE STATED "IT'S
ALL THE WAY UP. ON 6-9-07 AT APPROX. 10:10 AM AN
INCODENT OCCURED IN C-2-C POD, REQUIRING THE USE
OF PEPERSPRAY. THE PEPERSPRAY TRAVELED THROUGH
THE VENT SYSTEM & CAME IN FROM THE YARDS CAUSING
ME YET ANOTHER ASTHMA ATTACK, IN WHICH I CALLED OUT
FOR MY INHALER & MY NEIGHBOR CALLED FOR ME TOO, SINCE
I LOST MY BREATH & STAYED STILL & CALM DURING ATTACK
AND THE RELIEF GUNNER SAID STAND BY... I WAS NEVER
GIVEN MY INHALER TILL 1:18 PM, WHICH CAUSE ME TO
SUFFER FOR SEVERAL HRS. WHICH IS CRUEL & UNUSUAL
PUNISHMENT. 14th AMENDMENT. AT NO OTHER INSTITUTION
HAVE I ENDURED THIS MANY COMPLACATIONS FROM MY
DISABILITY. EXCEPT COR. IN SUMMER DUE TO HEAT. SINCE
I'VE BEEN AT PBSP. I'VE TRIED (3) DIFFERENT INHALERS
(ASTHMACORE TWICE) ALBUTOROL, & FLOVENT. ALSO SEVERAL DIFFERENT
ALLERGY MEDS. AND CONTINUE TO STRUGGLE, PBSP
PRACTICES NOT PREVENTION, BUT WAITING TILL ONE IS
SERIOUSLY ILL, BEFORE TAKING ADEQUATE MEDICAL ACTIONS.
SEE ESTELLE V. GAMBLE, 429 U.S. 97. 106 SO L.ED 2d 251. 97
S. CT. 285. (1976). ALSO UNDER THE 7.2 FEDERAL STANDARD.
(DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.
M. SAYRE AND PBSP STAFF ARE IN VIOLATION OF THIS
STANDARD VIOLATION OF MY DUE PROCESS. CONSTITUTIONAL
STATE & FEDERAL RIGHTS. THIS IS THE THIRD TIME
M. SAYRE HAS ACCUSED ME OF LYING BUT NEVER
TO MY FACE. TWICE TO CPF. & PRISON LAW OFFICE. END.

⑨



PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT

INMATE WITNESS TO ASTHMA ATTACK ON
6-9-07 DAY of USE of PEPPER SPRAY
TO DISPERSE INCIDENT IN C-2-0 pod

1. BEALA  Adolfo Real  J80249  C 2-115
2. BONELUNN  Daya Sola  K29726  C 2  116
3. Rocha R  Raul Rocha Torres  C2-113
4. DD Crano  C  D16560  C2-213
5. MARKON H  Marron  K-55920  C2-214
6.

ADA Log # PBSP-B-07-01270
STW 07203

(F) LEVEL
Attachment

State of California

Department of Corrections and Rehabilitation
Pelican Bay State Prison

# Memorandum

Date : June 25, 2007

To : SIMS, J20913
CF02L 000000114L

Subject: **SUSPENDED APPEAL LOG NUMBER: PBSP-B-07-01270**

This memorandum is to inform you that the above referenced CDC Form 1824, Reasonable Accommodation or Modification Request has been suspended pending specialty testing. The Armstrong Remedial Plan states:

Upon determination that expert consultant is required, medical staff shall inform the Appeals Coordinator of the referral and the appeal time frames shall be suspended until the expert consultants report is received by health care staff.

You will need to be seen by contract medical personnel before the institution medical staff can respond to the issues raised in your appeal. When documentation is received, your CDC Form 1824 shall be processed accordingly. The original due date is no longer valid for this appeal and will be recalculated after your consultation takes place.

You are expected to cooperate with all efforts to verify your claimed disability. Your failure to cooperate will result in your appeal being cancelled.

*B. Lamphes, CC*

Appeals Coordinator (A)
Pelican Bay State Prison

SECOND LEVEL APPEAL RESPONSE
*ADA*

RE:    PELICAN BAY STATE PRISON
       Appeal Log: PBSP-B-07-01270
       Inmate: SIMS J20913

Maureen McLean, FNP, Health Care Manager at Pelican Bay State Prison, (PBSP) reviewed this matter. Joseph Kravitz, Correctional Counselor II, conducted the Appeal at the Second Level of Review on July 11, 2007.

**APPEAL ISSUE:** You filed a CDC 1824 on May 20, 2007 requesting a transfer to another CDC facility due to the fact you claim your asthma is made worse by the controlled burning that takes place around the prison. You claim the smoke and soot enters the pods and cell airborne through the ventilation system. You claim this causes you to both struggle to breath and wheeze.

Your appeal with the attachments and your requested action has received careful consideration. On June 6, 2007 Dr. Sayre, Chief Medical Officer interviewed you for this appeal. A review of your medication shows that you have just had the most basic increase in anti-inflammatory therapy. Your case is far from the stage where a transfer would even be considered. It does not appear that an asthma challenge test has occurred. He told you that he would look in to this matter to make sure the appropriate tests are done to determine if you do in fact actually have asthma. You agreed to this course of action and acknowledged your understanding.

**FINDINGS:** A review of your appeal, including staff's efforts to resolve the appeal at the informal level and at the first formal level, together with your responses, has been completed. All submitted documentation and supporting arguments of the appellant have been considered.

I, M. McLean, FNP, Health Care Manager, was assigned to investigate your allegations. J. Kravitz, CC II, reviewed your appeal and responses on July 11, 2007. This appeal was suspended pending an asthma challenge test at an outside local hospital. The test was originally scheduled today but for reasons beyond the control of CDCR the test has been rescheduled to a later date. Due to security concerns the date will not be revealed to you. After further review of your medical record it is noted you had a pulmonary function test done here at the institution on June 14, 2007. The results were noted to be severe obstruction. Your primary care provider is following you on a regular basis and you were last seen on July 2, 2007. You did not have any complaints related to your asthma. After further discussion and consideration of your medical condition, regardless of the results of the asthma challenge test you are scheduled to take in the future, Pelican Bay State Prison's Health Care Services Department is able to provide the level of care you need for your asthma. As such, a recommendation for a medical transfer would not be made. You are advised to take all medications and use your asthma inhalers and nose spray as directed by your primary care provider. If you have any shortness of breath or asthma symptoms you are to notify custody staff immediately so they can have the medical staff provide you the care you need. If you have questions and or concerns of a non-emergent nature you are to notify your health care team via the CDC 7362 process. This concludes the review of this appeal at the second level.

PBSP-B-07-01270
SIMS J20913
Page 2

**DECISION:** The Appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

| | |
|---|---|
| _X. MWVVT_    7-11-07 | _Maureen McL_    7/16/07 |
| JOSEPH KRAVITZ    Date | MAUREEN MCLEAN, FNP    Date |
| Correctional Counselor II | Health Care Manager |

ADA pg 2 of
H LEVEL...

3RD LEVEL...
(H.LEVEL)

1  ESTELLE V. GAMBLE 429 U.S. 97, 106 So. Ed 2d. 97 SCT. 285 (1976) ALSO  THE NINTH

2  CIRCUT HAS RECOGNIZED THAT ACCESS TO MEDICAL STAFF IS MEANINGLESS

3  UNLESS THE STAFF IS COMPETENT TO RENDER CARE. SEE ORTIZ V. CITY OF

4  IMPERIAL 884 F.2d 1312, 1314, (9th CIR, 1989) DELIBERATE INDIFFERENCE

5  WHEN MEDICAL STAFF DISREGARDED EVIDENCE OF COMPLICATIONS TO

6  HEAD INJURY ~~and prescribed inappropriate treatment~~..

7  SEE Helling v. McKENNEY, 509 U.S. 25, 34-35 (1993) EXPOSURE TO SMOKE...

8  HELLING ~~at 35~~ "IT WOULD BE ~~odd~~ TO DENY AN INJUNCTION TO INMATES

9  WHO ~~plainly~~ PROVED UNSAFE, LIFE THREATENING ~~condition~~ IN THEIR

10  PRISON ON THE GROUND THAT NOTHING HAD ~~happened~~ YET TO THEM...

11  ALSO SEE (HELLING AT 36...." I HAVE ASTHMA...

12  PRISON STAFF FALSE DOCUMENT/STATEMENT OF 7/2/07... = SEEN MD

13  TO DISCUSS PFT RESULTS... AND RN DID NOT TAKE PEAK FLOW

14  I ASKED WHY and was told NOT NEEDED, DURING THE DISCUSSION

15  I DID IN FACT COMPLAIN OF ASTHMA DUE TO CONTROL BURNING

16  THE PRIOR ~~day~~ NIGHT 7-1-07 AT 9:40 PM, I SEEN MD ROWE

17  AT APPROX. 9:30 AM HRS. 7-2-07,.. SEE PREVENTIVE CARE "

18  RULES, PREVENTIVE CARE SERVICES MUST BE CONDUCTED AS

19  RECOMMENDED BY THE UNITED STATES PREVENTIVE TASK FORCE

20  UNDER 14th AMENDMENT... ASTHMA IS NOT SUPOSED TO REACH

21  A STAGE THAT REQUIRES TRANSFER, TO DO SO IS JEPORDIZING

22  MY LIFE & WELLBEING... BLATANTLY DISCRIMINATION OF ADA ACT..

23  CO/RT ORDER.. SEE SUPPORTING DOCUMENTS ON ASTHMA..

24  ALSO, CELL SEARCH SLIP RECEIPT, CLEARLY SHOWS THE DIAGRAM

25  OF CELL CONSTRUCTION THERES ONLY ONE VENT OUTTAKE, NO

26  INTAKE VENT... CLEARLY INADAQUATE FOR AN ASTHMA PATIENT.

27  VENT OYSTEN SUCKS IN AIR FROM OUTSIDE BLOWING INTO CELLS & POD

28  & SMOKE COMES WITH IT DURING CONTROL BURNING...

(13)

3rd. LEVEL CONTINUED. PG 3-OF. H LEVEL.

1) I AM single cell and when having a attack I can not
call out. SEE, supporting Documents pg #20 I AM NOT supose
to be alone acting with disability I have...

ALSO SEE pg. #19. THE ENVIROMENT I'M HOUSED in, is NOT
asthma Healthy I'M HOUSE NEXT TO THE DOC. I GET DIESLE
FUMES & other car toxins from over the Wall along
with control Burning smoke at times. SEE EVIDENCE IN
ziplock it's stuff/DUSTMITES off Yard & out of Cell &
accumulated IN ONE DAY... SEE ACCOMMODATION REQUESTED
FURTHERMORE PFT. DATED. 6-14-07" SHOWS SEVERE obstruction
SEE PFT. 6/14/07 & Asthma supplement pg. 9. I.E. asthma severity
classification measures of lung function etc. etc... FURTHER
PBSP staff continue to violate cdc. medical standards of care.
DOM. SEC. 93011. AND THE TITLE 22 SECTIONS 51301 & 54301 CCR TITLE
15.3350-3370... ALSO NAMI v. FAUVER, 82. F3d 63, 67 (3d Cir. 1996)
8th AMENDMENT VIOLATED DUE TO CONDITIONS, SUCH AS POOR VENTILAT
VENTILATION. EXPOSURE TO ENVIROMENTAL SMOKE, and Lack of
EXERCISE. 2788 WILSON, 501 U.S. at 301-05 (applying "DELIBERATE
INDIFFERENCE" standard to conditions of confinement...
STAFF ALSO STATE I'VE HAD "NO" asthma 'challenge's is
false... THE DAY MY NEW RX INHALER WAS PRESSCRIBED is
the Day I complained of two that occured in
the middle of the night Also SEE signatures of
WITTENESS of 3rd attack due to PEPER Spray.
FOR asthmatics EVERYDAY is a challenge!
SEE LEVEL (F) LINE # 6, 7, and 8. I'VE BEEN complaining
TEST SHOWS obvious RESPITORY ISSUES... Sims Derrick...

(14)



# PELICA BAY STATE PRISON
## SPIROMETRY/ PFT TEST

Communications Established with Satellite.

1 record has been automatically downloaded to the Base Station.

Jones Medical
Instrument Co.
200 Windsor Dr.
Oak Brook , IL

06/14/07        08:44 AM   BTPS   25°C
Hgt ---- 68"    Sex ------------ Male
Age ---- 32     Race ------ Non Caucasian
Subject ID -------------- 20913
Subject Name _____

|        | Pred | Meas | %    |
|--------|------|------|------|
| FVC    | 4.13 | 2.98 | 72*  |
| FEV1   | 3.45 | 1.10 | 32*  |
| FEV1%  | 85   | 37   | -48* |
| MMEF   | 4.94 | .41  | 9*   |
| PEFR   |      | 2.64 |      |
| FEV.5  |      | .80  |      |
| FEV2   |      | 1.54 |      |
| FEV3   |      | 1.92 |      |
| FEV2%  |      | 52   |      |
| FEV3%  |      | 64   |      |
| FEF25  |      | 1.17 |      |
| FEF50  | 5.12 | .44  | 9*   |
| FEF75  | 2.14 | 2.64 | 123  |
| FEF75-85|     | 2.73 |      |
| INDEX  | 100  | 23   | -77  |

Reduced FVC and FEV1 indicates
severe obstruction.

MAXIMAL EFFORT
FAIR EFFORT
POOR EFFORT

Volume vs. Time

(15)

NAME: Sims, Derrick

CDC #: J 20913

HOUSING: C2 - 114 L

DATE: 6-14-07

BURN DATES

6/23/07  8:30 AM  9:07
6/24/07  10:22 AM
6/25/07  9:09 AM
6/27/07  9:09 am
6/28/07  Am    also 6/27/09 During DOORS MAINTENCE Staff
TESTED smoke bomb To Test fire alarm & usulfalation
To see how long it Takes for smoke To clear
oden Took several days Test failed
7/1/07  9:40 pm  7/11/07  7:35 am  7/15/07  9:40 am
Burnings Take place in The above pattern
from winter & Rainy season Till mid July
Every year apprx. 8 1/2 months a year

(16)



17

PAINT chips that chip off the back walls i
Cells all cells in c-2-Dipod ANothER TRiggei
of asthma... SEE strategic plan pg. 19-1 Bott
PETiTioNER sleeps Right NExt to said wall...
PAINT falls from was EVERYDAY...



Sims ADA # PBSP-07-01270

(18)

# PELICAN BAY STATE PRISON
## SECURITY HOUSING UNIT CELL SEARCH RECEIPT

DATE: _10 - 06 - 07_     TIME: _14 10_     UNIT/CELL: _C 2 - 114_

### INMATE ASSIGNED BED AND APPLIANCE:

| INMATE (L): _SIMS_     CDC#: _J-20913_ | INMATE (U): _____     CDC#: _____ |
|---|---|
| TELEVISION/RADIO SERIAL#: _KT11 7218_ | TELEVISION/RADIO SERIAL#: _____ |
| ☒ WORKING     ☐ NOT WORKING | ☐ WORKING     ☐ NOT WORKING |

### CONDITION OF CELL:

☒ NEAT     ☒ CLEAN     ☐ DIRTY     ☐ NEEDS REPAIRS/COMMENT: _____

### ITEMS CONFISCATED:

DESCRIPTION/LOCATION/DISPOSITION (L)          DESCRIPTION/LOCATION/DISPOSITION (U)

VENT  NO INTAKE...



### DISCIPLINARY DOCUMENTATION:

☐ CDC 115     FOR _____     OFFICER _____
☐ CDC 128A     FOR _____     OFFICER _____

### SEARCHED BY:

_BUMBY_                    _Bumby_
PRINT NAME                SIGNATURE

_____           _____
PRINT NAME                SIGNATURE

49

Cell searches are not intended as punishment. Staff are responsible for ensuring they respect inmate's property during searches. Staff are to properly document all items confiscated during the search and their disposition. A copy of this Worksheet/Receipt will be given to the cell occupant(s) when the search is completed.

ORIGINAL: HOUSING UNIT
    INMATE(S) ASSIGNED TO CELL

2007  PBSP 4692A
PSP41-0040 (Rev. 07)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: AUG 3 0 2007

In re: Derrick Sims, J20913
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

IAB Case No.: 0702189        Local Log No.: PBSP-07-01270

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I.  All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:**  It is the appellant's position that he suffers with breathing problems and mental stress due to his asthma and respiratory problems which are aggravated at the Pelican Bay State Prison (PBSP).  He says that due to controlled burning, the smoke, ash, and soot come into the Pods and his cell through the ventilation system.  He struggles to breathe and wheezes along with having chest pains and shortness of breath.  He asks to be transferred to the California Correctional Institution Security Housing Unit (SHU) or the Corcoran State Prison SHU where the air is fresher.  He also asks for compensation in the amount of $5,000.000.

**II   SECOND LEVEL'S DECISION:**  The reviewer found that the appellant was examined by the Chief Medical Officer (CMO) on June 6, 2007.  It was noted that the appellant had just had the most basic increase in his anti-inflammatory therapy.  His case is far from the stage where a transfer would even be considered.  On June 14, 2007, the appellant received a pulmonary function test at PBSP and the results did show severe obstruction.  However, the appellant's primary care physician is following him on a regular basis and he was last seen on July 2, 2007.  The appellant did not have any complaints at that time related to asthma.  It is determined that PBSP's Health Care Services Department is able to provide the level of care the appellant requires.  The appellant is advised to take all medications and use his asthma inhalers and nose spray as directed.  If he has shortness of breath he is to notify staff immediately to ensure medical care is provided if necessary.  The appeal is denied at the Second Level of Review.

**III   DIRECTOR'S LEVEL DECISION:**  Appeal is denied.

**A.  FINDINGS:**  At the Director's Level of Review, the appellant claims that medical staff at PBSP are violating the Americans with Disabilities Act (ADA) Court Order and the Madrid Act by not following ADA policy and placing his life in danger.

However, it is noted that the appellant receives ongoing medical care at PBSP and his asthma concerns are consistently monitored.  The CMO at PBSP has determined the appellant's medical needs can be met at PBSP.  If at some point PBSP can no longer treat the appellant's medical condition appropriately, and a transfer is indicated, then all appropriate transfer procedures will be completed.  The California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical staff shall be permitted to diagnose illness and prescribe medication and medical treatment for inmates.  It is not appropriate for the appellant to self-diagnose his own medical and transfer needs and then expect a medical doctor to implement the appellant's recommendation.  While the appellant may not agree with the physician's determination that his asthma can be treated at PBSP, he must understand that each practitioner determines, at the time of treatment, the extent of treatment for the health care problem.  The appellant has not provided a compelling argument to warrant modification of the decision reached by the institution.  The appellant's request for compensation will not be addressed in this appeal as it is beyond the scope of the Appeals Process.  If the appellant chooses, he may submit a request to the Government Claims Unit as listed below.

(20)

DERRICK SIMS, J20913
CASE NO. 0702189
PAGE 2

**B.  BASIS FOR THE DECISION:**
Armstrong Remedial Plan: ARPI, ARPII.A, ARPII.F
CCR: 3350, 3354

**C.  ORDER:**  No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.  If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, PBSP
        Health Care Manager, PBSP
        Appeals Coordinator, PBSP
        Medical Appeals Analyst, PBSP

EXHIBIT B..(1)
MEDICAL NOTES...



Visit Start Dt/Tm: 09-29-2006 0825    Encounter    e:  SICK CALL

Visit Reason:  7362 NURSING EVALUATION

---

## Subjective

**Entry Date:** 09-29-2006 0827                  **Entered By:** MPIMSLCB , BREE, RN

**Updated Date:** 09-29-2006 0842              **Updated By:** MPIMSLCB , BREE, RN

Inmate states he is on chronic care Asthma and he is having breathing difficulties occasionally  at least 2 times a day in the last 2 days where he gets a sharp pain on inspiration and even using his inhaler does not help.  He also state he feels his house smells like mold of mildew even after he scrubs it .

---

## Objective

## Vitals

**Vitals Dt/Tm:** 09-29-2006 0843        **Temp (°F):**    98.7  **Pulse:**    83    **Respiration:** 16

**Blood Pressure:** 127/71        **Wgt:** 166  **Hgt:**          **Provider:** BREE, RN , LORI

            **Notes:**

---

## Other

**Name:** 7362

**Provider:**  BREE, RN , LORI                                                        **Other Dt/Tm:** 09-29-2006 0844

**Notes:**

---

|  |  |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:**  J20913 |
|  | **Name(L.F.M.S):**  SIMS, DERRICK |

CDC 7230

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

EXHIBIT (B) (2)



Visit Start Dt/Tm: 10-13-2006 1000    Encounter        SICK CALL

Visit Reason:    7362 PCP EVALUATION

## Subjective

Entry Date: 10-13-2006 1319                    Entered By: MPIMSLMR , ROWE, MD

Updated Date: 10-13-2006 1321              Updated By: MPIMSLMR , ROWE, MD

Pt c/o off and on " breathing problems with inspiration and sharp chest pains" for the past 2 weeks
Not having it today; last episode was allegedly 2 day ago and last week
Uses Albuterol about 2 x week and is taking his Singulair
No cough/sinus drainage or fever/chills

## Objective

## Vitals

Vitals Dt/Tm: 10-13-2006 1147        Temp (°F):    97.4    Pulse:      88      Respiration: 14

Blood Pressure: 142/88        Wgt: 167    Hgt:  '  "        Provider: CAMPBELL, LVN , LESHEL

Notes:

## Other

Name: sick call

Provider:  ROWE, MD , LINDA                                    Other Dt/Tm: 10-13-2006 1321

Notes:

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

CDC #:  J20913

Name(L.F.M.S):  SIMS, DERRICK

EXHiBiT ( B.-3 )



Visit Start Dt/Tm: 11-09-2006 0858     Encounter      :  SICK CALL

Visit Reason:   7362 NURSING EVALUATION

## Subjective

Entry Date: 11-09-2006 0901                    Entered By: MPIMSLCB ,  BREE, RN

· Updated Date: 11-09-2006 0906              Updated By: MPIMSLCB ,  BREE, RN

Inmate submits 7362 stating he is having back pain and chest pain the same as he had when last seen.  He has since had 2 EKGs and a chest x ray and is awaiting other intervention for his back.  He states he has intermittant spasms and they jkeep him from his activities of daily living because he is so uncomfortable. He states he is awaiting PFT testing also in conjunction with last months chest pain visit.

## Objective

## Vitals

Vitals Dt/Tm: 11-09-2006 0914       Temp (°F):    97.5   Pulse:    76     Respiration: 16

Blood Pressure: 143/76       Wgt: 171   Hgt:  '  "      Provider: BREE, RN , LORI

Notes:

## Other

Name: 7362

Provider:  BREE, RN , LORI                                   Other Dt/Tm: 11-09-2006 0906

Notes:

| PHYSICIAN'S PROGRESS NOTES | CDC #:  J20913 |
| --- | --- |
| | Name(L.F.M.S):  SIMS, DERRICK |

CDC 7230

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

EXIHIBIT (B 4)

# CHRONIC CARE VISIT

List of chronic diseases: (1) ___CHRNC HPT C WO HPAT C(__ ; (2)_HEPATITIS C_____ ; (3) _____

History

Current Medications:                                    RN Signature: MPIMSES

ALBUTEROL SULF HFA 90 MCG INH 2 PUFF, DEEP SEA 0.65% NOSE SPRAY 2 SPRAY, DOVE SOAP BAR 1 BAR, EUCERIN CREME
1 CREAM, TOPAMAX 25MG TABLET 25 MG, TOPAMAX 25MG TABLET 50 MG

• Complaints/Problems:

Asthma: no acute attacks or ER visits; uses Albuterol inhaler 1-2 times a week;
maybe 1 or 2 times a month will awaken with wheezes if " they are burning
outside"; inhaled steroids makes his headaches worse!

AR: no complaints; does not see any difference with use of Singulair

Migraine H/A: 3-4 per month but has other daily headaches; Topamax is helpful;
Voltaren was not helpful for pain or arthritis aches

CCP compliance:    (e.g. diet, exercise, medications):

Takes meds UD
Exercises 5 days a week x 90 minutes

HEENT/Neck: wearing glasses; otherwise WNL          Rectal: deferred

Heart: RR without murmur or gallop                  Neurological: no gross motor or sensory abn

Lungs: clear without wheezes/rales/rhonchi          Other: (Specify)

Abdomen: soft with no masses or tenderness

Extremeties/Pulses:    no c, c, or edema

| Assessment: Diagnosis | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. ASTHMA | ✓ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ |
| 2. EARS, NOSE, & THROAT DISEASE | ✓ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| 3. PAIN/HEADACHE SYNDROME | ☐ | ✓ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ |

PLAN:
Medications:
ALBUTEROL SULF HFA 90 MCG INH 2 PUFF, TOPAMAX 25MG TABLET 25 MG, TOPAMAX 25MG TABLET 50 MG

Medications:              TB
Education Provided:       Nutritio
                         Exercis
                         Lifestyle change
Interval to next visit:   90 Day

Provider Signature    MPIMSLMR, ROWE, MD, LINDA          Date   03-05-2007

CDC NUMBER, NAME(LAST, FIRST, MI), INSTITUTION.
J20913, SIMS, DERRICK,  ,C-Facility

EXHIBT (B 5.)

B5

Visit Start Dt/Tm: 07-02-2007 1000    Encounter   e: SICK CALL                    Visit       son: 7362 PCP EVALUATION

## Subjective

Entry Dt/Tm: 07-02-2007 1331        Entered By: MPIMSLMR , ROWE, MD

Updated Dt/Tm: 07-02-2007 1340      Updated By: MPIMSLMR , ROWE, MD

Pt claims to have had some bleeding around the cuticles of the 2nd and 3rd toes
of L foot; no pus or pain; noticed it when he took his socks off
RN did not see and I do not see any evidence of this.
He also wants a CBC and to be checked for DM as it runs in his family.

Pt also had PFTs done 6-14-07 which showed severe obstruction--using Flovent
only once a day instead of BID and using Albuterol 2-3 times a week.

Also asking for elbow splints recommended by Neuro to protect his ulnar nerves.

## Objective

### Vitals

Vitals Dt/Tm: 07-02-2007 0905        Temp (°F): 96.6      Pulse: 78      Respiration: 16

Blood Pressure: 112/62      Wgt: 181    Hgt:        Provider: STONE, LVN , REBECCA

Notes: PAIN 0--STATED

### Other

Name: sick call/FU PFT's

Provider: ROWE, MD , LINDA                              Other Dt/Tm: 07-02-2007 1338

Notes: VSS in NAD
    L foot with no sign of infected or IGTN; + onychomycosis; no bleeding from any
    cuticle or toe; no swelling and no discharges at this time
    PFT, 6-14-07- severe obstruction

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC #: J20913

Name(L,F,M,S):  SIMS, DERRICK

EXHIBIT B 6



Visit Start Dt/Tm:  08-28-2007 1108   Encounter ˉ ˉ ˉ e:  SICK CALL          Visit ˉ  son:  7362 PCP EVALUATION

## Subjective

| Entry Dt/Tm: 08-28-2007 1440 | Entered By: MPIMSLMR , ROWE, MD |
|---|---|
| Updated Dt/Tm: 08-28-2007 1444 | Updated By: MPIMSLMR , ROWE, MD |

Pt with recurrent epistaxis form L nostril--usually lasts 5-10 minutes;then
trickles down back of throat and is over.
also with chronic complaints of dry skin and breaking out from state soap.
Also c/o R sided chest pains and sob related to asthma??--uses Albuterol daily
but not using Flovent BID as told-SEE CC visit from today.

## Objective

### Other

**Name:** sick call

**Provider:** ROWE, MD , LINDA                          **Other Dt/Tm:** 08-28-2007 1444

**Notes:** VSS in NAD
Skin without significant rash except for slight redness where cuffs are
Nose with active bleeding; + boggy turbinates with some scabbing in L nostril
See PE from HCV/Asthma visit today

---

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDC #:  J20913

Name(L,F,M,S):  SIMS, DERRICK

# Assessment

## Medical Diagnosis

Code: 493          Description: ASTHMA
Axis:       GAF:          Status: COMPLETE       Provider: ROWE, MD, LINDA
Diagnosis Dt/Tm:  10-05-2005 1248      Resolve Dt/Tm: 07-18-2006 1402      Priority:
Notes:


Code: 493          Description: ASTHMA
Axis:       GAF:          Status: COMPLETE       Provider: ROWE, MD, LINDA
Diagnosis Dt/Tm:  10-13-2006 1205      Resolve Dt/Tm: 05-01-2007 1127      Priority:
Notes:


Code: 692.9          Description: DERMATOLOGICAL DISORDER
Axis:       GAF:          Status: COMPLETE       Provider: RISENHOOVER, FNP, SUE
Diagnosis Dt/Tm:  02-09-2007 1005      Resolve Dt/Tm: 05-01-2007 1127      Priority: 001
Notes:   skin irritation aveeno soap, jock itch


Code: 9991          Description: EARS, NOSE, & THROAT DISEASE
Axis:       GAF:          Status: CURRENT       Provider: ROWE, MD, LINDA
Diagnosis Dt/Tm:  08-28-2007 1446      Resolve Dt/Tm: 00-00-0000 0000      Priority:
Notes:   recurrent epistaxis and AR


Code: 787          Description: GI DISORDER NOT GERD
Axis:       GAF:          Status: COMPLETE       Provider: RISENHOOVER, FNP, SUE
Diagnosis Dt/Tm:  02-09-2007 1006      Resolve Dt/Tm: 05-01-2007 1127      Priority: 002
Notes:

| PHYSICIAN'S PROGRESS NOTES | CDC #:  J20913 |
| --- | --- |
| | Name(L,F,M,S):   SIMS, DERRICK |

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

**Code:** 781    **Description:** NEUROLOGICAL DISORDER NOT SEIZURE

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 04-18-2007 1516    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:**

**Notes:**

**Code:** 733.90    **Description:** ORTHOPEDIC DISORDER

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 11-13-2006 1050    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:**

**Notes:**

**Code:** 9993    **Description:** PAIN/HEADACHE SYNDROME

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 03-27-2007 1449    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:**

**Notes:**

**Code:** 999999    **Description:** RISK FOR INJURY R/T REFUSAL OF TX

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** POMERLEAU, HELEN

**Diagnosis Dt/Tm:** 07-27-2005 1100    **Resolve Dt/Tm:** 07-18-2006 1403    **Priority:**

**Notes:**

**Code:** 999999    **Description:** ASTHMA MED DQT TO CM

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ALLEN, EVERETT

**Diagnosis Dt/Tm:** 08-03-2005 0926    **Resolve Dt/Tm:** 07-18-2006 1403    **Priority:**

**Notes:**

---

| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
|---|---|
| CDC 7230 | **Name(L,F,M,S):** SIMS, DERRICK |
| STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | |

## Assessment

### Medical Diagnosis

**Code:** 999999        **Description:** HEALTH CARE MAINTENANCE

**Axis:**        **GAF:**        **Status:** COMPLETE        **Provider:** POMERLEAU, HELEN

**Diagnosis Dt/Tm:** 08-22-2005 1251        **Resolve Dt/Tm:** 07-18-2006 1403        **Priority:**

**Notes:**


**Code:** 070.54        **Description:** CHRNC HPT C WO HPAT COMA

**Axis:**        **GAF:**        **Status:** COMPLETE        **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 10-05-2005 1249        **Resolve Dt/Tm:** 07-18-2006 1402        **Priority:**

**Notes:**


**Code:** 346        **Description:** MIGRAINE

**Axis:**        **GAF:**        **Status:** COMPLETE        **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 10-05-2005 1249        **Resolve Dt/Tm:** 07-18-2006 1402        **Priority:**

**Notes:**


**Code:** 999999        **Description:** ALT IN COMFORT

**Axis:**        **GAF:**        **Status:** COMPLETE        **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 11-09-2005 1113        **Resolve Dt/Tm:** 07-18-2006 1402        **Priority:**

**Notes:**


**Code:** 999999        **Description:** WEIGHT LOSS, ? ETIOLOGY

**Axis:**        **GAF:**        **Status:** COMPLETE        **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 11-21-2005 1120        **Resolve Dt/Tm:** 07-18-2006 1407        **Priority:**

**Notes:**

---

**PHYSICIAN'S PROGRESS NOTES**

**CDC #:** J20913

**Name(L,F,M,S):** SIMS, DERRICK

CDC 7230

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

Code: 787.02          Description: NAUSEA ALONE

Axis:          GAF:          Status: COMPLETE          Provider: ROWE, MD, LINDA

Diagnosis Dt/Tm: 11-21-2005 1121          Resolve Dt/Tm: 07-18-2006 1407          Priority:

Notes:


Code: 789.09          Description: ABDMNAL PAIN OTH SPCF ST

Axis:          GAF:          Status: COMPLETE          Provider: ROWE, MD, LINDA

Diagnosis Dt/Tm: 11-21-2005 1121          Resolve Dt/Tm: 07-18-2006 1407          Priority:

Notes:


Code: 530.11          Description: REFLUX ESOPHAGITIS

Axis:          GAF:          Status: COMPLETE          Provider: ROWE, MD, LINDA

Diagnosis Dt/Tm: 12-21-2005 1340          Resolve Dt/Tm: 05-01-2007 1127          Priority:

Notes:


Code: 999999          Description: ALT IN COMFORT

Axis:          GAF:          Status: COMPLETE          Provider: BREE, RN, LORI

Diagnosis Dt/Tm: 01-10-2006 0931          Resolve Dt/Tm: 07-18-2006 1407          Priority:

Notes:


Code: 724.9          Description: BACK DISORDER NOS

Axis:          GAF:          Status: COMPLETE          Provider: ROWE, MD, LINDA

Diagnosis Dt/Tm: 01-28-2006 1524          Resolve Dt/Tm: 07-18-2006 1407          Priority:

Notes:

| **PHYSICIAN'S PROGRESS NOTES** | CDC #: J20913 |
|---|---|
| CDC 7230 | Name(L,F,M,S): SIMS, DERRICK |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | |

## Assessment

### Medical Diagnosis

**Code:** 999999          **Description:** EPITAXIS

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** EMAMI, MD, SHAHRAM

**Diagnosis Dt/Tm:** 04-18-2006 1015          **Resolve Dt/Tm:** 03-27-2007 1448          **Priority:**

**Notes:**

**Code:** 346          **Description:** MIGRAINE

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 07-14-2006 1432          **Resolve Dt/Tm:** 03-27-2007 1448          **Priority:**

**Notes:**

**Code:** 999999          **Description:** NURSING DIAGNOSIS

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 08-14-2006 1017          **Resolve Dt/Tm:** 05-01-2007 1127          **Priority:**

**Notes:**

**Code:** V68.1          **Description:** ISSUE OF REPEAT PRESCRIPTIONS

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 08-14-2006 1018          **Resolve Dt/Tm:** 10-13-2006 1205          **Priority:**

**Notes:**

## Plan

**Provider:** ROWE, MD , LINDA          **Plan Dt/Tm:** 08-28-2007 1448          **Completed By:**

**Completed Dt/Tm:**          **Patient Education:** N          **Phone Order Status:** NONE

**Entry Dt/Tm:** 08-28-2007 1448          **Entered By:** MPIMSLMR, ROWE, MD

```
Saline nose sprays
RTC if gets nose bleeds that will not stop
No creams are on formulary
Told must buy lotions/creams/soaps from the canteen
```

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
| | **Name(L,F,M,S):** SIMS, DERRICK |
| CDC 7230 | |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | |

## Order

### Medications

| Start Dt/Tm | Medication | Strength | Rte | Freq | Duration | Provider |
|---|---|---|---|---|---|---|
| 08-28-2007 1449 | DEEP SEA 0.65% NOSE SPRAY | 2 SPRAY | NS | PRN | 90 | ROWE, MD, LINDA |

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
| | **Name(L,F,M,S):** SIMS, DERRICK |
| CDC 7230 | |
| STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS | |

(EXHIBIT B 7)

B 7

# CHRONIC CARE VISIT

**List of chronic diseases: (1)** CHRNC HPT C WO HPAT C( ; **(2)** HEPATITIS C _____ ; **(3)** _____

**History**

**Current Medications:**        **RN Signature:**
FLOVENT HFA 110 MCG INHALER 2 PUFF, VENTOLIN HFA 90 MCG INHALER 2 PUFF

**Complaints/Problems:**

```
Asthma/AR: no acute attack or ER visits; uses albuterol daily??- not using more
than 1 canister of albuterol in 6 months; did not qualify for a challenge test
for asthma d/t having abn PFTs in 6/07 which were read as "severe obstruction"
He put in a 1824 and was denied transfer ot another facility based on Asthma by
Dr Sayre in 6/07--I discussed case again with Dr Sayre and he will review his
PFTs---we area concerned about the pt not complying with instructions for use
of inhaled steroids, etc

Hx of Migraine: on no meds and pt is not complaining or asking for any new RX
```

**CCP compliance:**   (e.g. diet, exercise, medications):

```
Pt not using Flovent but once a day; "I do not like taking steroids"; uses
Albuterol daily because it makes me feel better
```

**HEENT/Neck:** unremark except boggy turbinates      **Rectal:** deferred

**Heart:** RR with no murmur or gallop      **Neurological:** no gross motor or sensory abn

**Lungs:** clear with no wheezes/rales/rhonchi      **Other:** (Specify)

**Abdomen:** soft with no masses or tenderness

**Extremeties/Pulses:** no c, c, or edema

| Assessment: Diagnosis | Degree of Control | | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | | I | S | W | NA |
| 1. ASTHMA | ☐ | ☑ | ☐ | ☐ | | ☐ | ☑ | ☐ | ☐ |
| 2. EARS, NOSE, & THROAT DISEASE | ☐ | ☑ | ☐ | ☐ | | ☐ | ☑ | ☐ | ☐ |
| 3. | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ |

**PLAN:**
**Medications:**
FLOVENT HFA 110 MCG INHALER 2 PUFF    VENTOLIN HFA 90 MCG INHALER 2 PUFF

**Medications:**     TBD
**Education Provided:**    Nutrition
                    Exercise
                    Lifestyle changes

**Provider Signature**   MPIMSLMR, ROWE, MD, LINDA     **Date**   08-28-2007

**OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES**

CDC 7230 98/89) REV 07/00
STATE OF CALIFORNIA       DEPARTMENT OF CORRECTIONS

**CHRONIC CARE VISIT**

CDC NUMBER, NAME(LAST, FIRST, MI), INSTITUTION

J20913, SIMS, DERRICK, ,C-Facility

COPY

# CHRONIC CARE VISIT

Interval to next visit:     90 Days

_____

**COMMENTS:**

Entry By:  ROWE, MD, LINDA          Entry Dt/Tm:  08-28-2007 1428

Next CC appt in 90 days
Stressed need to use inhaled steroids for maintenance BID and cut back on daily
use of Albuterol as he needs to make his inhaler last for 6 months

_____

**Provider Signature**   MPIMSLMR, ROWE, MD, LINDA          **Date**  08-28-2007

### OUTPATIENT INTERDISCIPLINARY
### PROGRESS NOTES

CDC 7230 98/89) REV 07/00
STATE OF CALIFORNIA                 DEPARTMENT OF CORRECTIONS

## CHRONIC CARE VISIT

CDC NUMBER, NAME(LAST, FIRST, MI), INSTITUTION

J20913, SIMS, DERRICK,  ,C-Facility

COPY

EXHIBIT (B 8)



Visit Start Dt/Tm: 10-10-2007 1027    Encounter : SICK CALL    Visit on: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 10-10-2007 1028    Entered By: MPIMSLCB , BREE, RN

Updated Dt/Tm: 10-10-2007 1033    Updated By: MPIMSLCB , BREE, RN

Inmate submits 7362 stating that on 10-5-07 he had a severe headache that was not controlled. He states the next day he could tell they were doing controlled outside burning as he had an asthma attack. He states he had no breath to call for the use of his inhalers and he just stayed calm and the chest tightness and wheezing passed and he was ok then the next day he suffered from nose bleeds off and on during the day. He was scheduled to see the doctor yesterday when this sick call was recieved but he is told he would only be seen for the issue at hand He denies allergies and states he takes only the flow vent and albuterol inhalers.

## Objective

### Other

Name: 7362

Provider: BREE, RN , LORI    Other Dt/Tm: 10-10-2007 1033

Notes: Inmaste is seen at cell front with no difficyltly breathing noted his peak flow upon seeing the doctor was normal. It appears that this episode passed without intervention and inmate has no ill effects.

Note. I/M. place 7362 on 10/7/07 And seen on 10/9/07 By RN. see (7362) Before this pg ---

---

**PHYSICIAN'S PROGRESS NOTES**

CDC #: J20913

Name(L,F,M,S): SIMS, DERRICK

CDC 7230
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

59871

# HEALTH CARE SERVICES REQUEST FORM (PBSP 73?.)

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty

REQUEST FOR: MEDICAL ☒ PSYCHIATRY ☐ MENTAL HEALTH ☐ DENTAL ☐ PHARMACY ☐

NAME: Sim S.   CDC #: J-20913   HOUSING: C-2-114

PHARMACY REFILL #_____   *Pharmacy, place labels on back of form*

THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) all weekend from Fri. 10/5/07. I had a severe headache then on Sat 10/6/07 I had headache all day & lil bit of nosebd at night 10/6/07 nt approx. 8:48 PM the smoke from control burning came in & same time after that triggered an asthma ~~xpid~~ episode... Now Sun 10/7/07 I've nosebleeds on & off

PATIENT'S SIGNATURE: _____   DATE: 10/7/07

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|

Date & Time Received: 10/9/07  0     Received by: _____

Reviewed by RN/RDA, Date: 10/9/07 Time: 0710   Signature: _____   Triage Designation: (P)

S:

O:   T:   P:   R:   BP:   WEIGHT:

S- Asthma — smell, nut use Inhaler
A- NKDA
MDI — Flovent + albuterol

*stayed calm & in no resp distress + no wheezing + advised for sure*

A:
P:

Signature/Date/Time

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☒ (within 14 calendar days) |
|---|---|---|---|

REFERRED TO PCP: _____   DATE OF APPOINTMENT: 10/9/07  10/9/07

Print/Stamp Name _____   Signature/Title _____   Date & Time Completed 10/10

## COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

DISTRIBUTION:
ORIGINAL- Unit Health Record     YELLOW - Pharmacy     PINK - Inmate Trust     GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

PELICAN BAY S.H.U.
UNIT C-2

EXHibiT B9



# EMERGENCY CARE FLOW SHEET

## CALIFORNIA DEPARTMENT OF CORRECTIONS

PBSP 7206

| DATE | 01-23-2008 | |
|---|---|---|
| | **IN** | **OUT** |
| | 1228 | 1305 |

| INMATE | NAME LAST | FIRST | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|---|---|
| | SIMS | DERRICK | J20913 | D05U211L | 07-10-1974 |

| TIME OF INCIDENT | LOCATION OF INCIDENT | MODE OF ARRIVAL |
|---|---|---|
| 1150 | D Shu | ambulatory |

| STAFF | NAME LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHIEF COMPLAINT | "I had trouble breathing & my chest felt tight." | TB CODE | DATE OF LAST TETANUS |
|---|---|---|---|
| | | 32 | unknown |

### MECHANISM OF INJURY
- [ ] STABBING
- [ ] PHYSICAL ALTERCATION
- [ ] GUNSHOT WOUND
- [ ] BURN
- [ ] SPORTS INJURY
- [ ] ON THE JOB INURY
- [ ] OTHER

### SKIN COLOR
- [x] NORMAL
- [ ] PALE
- [ ] ASHEN
- [ ] CYANOTIC
- [ ] FLUSHED

### SKIN TEMP
- [ ] HOT
- [x] WARM
- [ ] COOL
- [ ] COLD

### SKIN MOISTURE
- [x] NORMAL
- [ ] DRY
- [ ] MOIST
- [ ] PROFUSE

### CAPILLARY REFILL
- [x] < 2 SECONDS
- [ ] > 2 SECONDS
- [ ] NONE

### GLASGOW COMA SCALE

| TIME | EYE OPENING RESPONSE | BEST VERBAL RESPONSE | BEST MOTOR RESPONSE |
|---|---|---|---|
| 1252 | 4 | 5 | 6 |

### LUNG SOUNDS

| | RT | | LT |
|---|---|---|---|
| CLEAR | [ ] | | [ ] |
| WHEEZES | [ ] | | [ ] |
| RALES | [ ] | | [ ] |
| RHONCHI | [ ] | | [ ] |
| DIMINISHED | [x] | | [x] |
| ABSENT | [ ] | | [ ] |

### RESP CHARACTER
- [ ] LABORED
- [x] UNLABORED
- [x] PAINFUL
- [ ] SHALLOW
- [x] DEEP
- [ ] RETRACTION
- [ ] NASAL FLARING

### EVIDENCE OF TRAUMA
- [ ] CHEST
- [ ] ABDOMEN
- [ ] G/U
- [ ] PELVIS
- [ ] BACK SPINE
- [ ] HEAD
- [ ] NECK
- [ ] EXTREMITIES
- [ ] OTHER

| TIME | PUPIL RESPONSE | | PUPIL SIZE | |
|---|---|---|---|---|
| | R | L | R | L |
| 1252 | B | B | 3 | 3 |

| TIME | TEMP | PULSE | RESP | BP | SaO2 |
|---|---|---|---|---|---|
| 01-23-2008 1251 | 98 | 85 | 16 | 152/95 | 99 |
| 00-00-0000 0000 | | | | / | |
| 00-00-0000 0000 | | | | / | |
| 00-00-0000 0000 | | | | / | |

| TIME | NAME | SITE | GAUGE | RATE |
|---|---|---|---|---|
| 00-00-0000 0000 | | | | |
| 00-00-0000 0000 | | | | |

| TIME | ROUTE | RATE | SaO2 |
|---|---|---|---|
| | | | |
| | | | |

KEY C=CLOSE B=BRISK SL=SLUGGISH F=FIXED

3    4    5    6    7    8

### CURRENT MEDICATIONS

ALBUTEROL SULF HFA 90 MCG INH 2 PUFF, ALLER-CHLOR 4 MG TABLET 4 MG, DEEP SEA 0.65% NOSE SPRAY 2 SPRAY, FLOVENT HFA 110 MCG INHALER 2 PUFF

### MEDICATION ALLERGIES



| NAME (LAST, FIRST, MI) | SIMS, DERRICK |
|---|---|
| CDC# | J20913 |

| SIGNATURES | PATIENT DISPOSITION | PATIENT CONDITION ON DISCHARGE |
|---|---|---|
| RN/MTA/MD | | |
| RN/MTA/MD | | |
| RN/MTA/MD | R TC | |
| RN/MTA/MD | | |
| **SUPERVISOR REVIEW** | MODE OF DEPARTURE: | TIME Stable c 1305 |
| K for saint | Ambulatory | |

## SOAP NOTATIONS
### SUBJECTIVE (PATIENT'S STATEMENTS, HISTORY)

| DATE/TIME | PROVIDER |
|---|---|
| 01-23-2008 1300 | MPIMSLJG, GIVANT, RN |

S Respiratory distress

O A&O Hispanic male ambulated into the UTA with no apparent distress. Breathing
  did not appear to be  labored. Pt appeared in no acute distress. Stated he
smelled smoke outside & started wheezing. & feeling short of breath.
A  Well nourished 33 yr old  Hispanic male admitted to UTA for Asthma Attack
secondary to inhaling smoke in air. C/o pain at 3/10 rt upper chest with
inhalation but states it is getting better.  NKDA, Uses albuterol, nose spray &
flovent inhaler as carry med plus aller-chlor tab for allergies. Used albuterol
before he went outside prior to episode of SOB. Denies problems with appetite.
Ate breakfast. No problems with elimination. Pain in rt chest is subsiding but
described it as dull with inhalation. Otherwise pt has no pain.
P  Instruct pt to let medical know if problem should reoccur verbalized
compliance.  RTC. Will F/U with provider in 5 days. L.Givant RN

### ASSESSMENT (NURSING DIAGNOSIS)

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|
| | | |
| | | |

### PLAN (PT EDUCATION, FOLLOW-UP, MD ORDERS, ETC.)

| DATE/TIME | DESCRIPTION | NOTES |
|---|---|---|



| NAME (LAST, FIRST, MI) | SIMS, DERRICK |
|---|---|
| CDC# | J20913 |

**Notes:**

01-23-2008 1258   S:  Pt. is an asthmatic (mild intermittent) who walked out into the yard, smelled smoke and had problems breathing.  He complained of shortness of breath with minimal wheezing, he used his albuterol inhaler and was brought into the U.T.A.

O:  Vitals normal with a pulse of 85, respiration rate of 16, and 02sat 99% on room air.  Gen.:  talking in complete sentences and in no distress.  Peak Flow:  no done as patient is obviously not in any distress.  HEENT:  tm's normal, nares benign, oropharynx without erythema or post nasal drip.  Neck:  no adenopathy.  Lungs:  moving good amount of air without any detectable wheezing or rhonchi

A:  Status post asthma exacerbation, resolved by the time the patient reached the U.T.A. with one dose of his albuterol inhaler

P:  Pt. may return to his housing to follow up with his PCP in 5d, sooner should he experience shortness of breath or wheezing.  He expressed understanding and agrees with the above plan.

Claire P. Williams, MD



Page 3 of 3

| NAME (LAST, FIRST, MI) | SIMS, DERRICK |
| --- | --- |
| CDC# | J20913 |

Visit Start Dt/Tm: 01-23-2008 1205   Encounte   pe: SICK CALL                                    Visit   son: 7362 NURSING EVALUATION

## Subjective

Entry Dt/Tm: 01-23-2008 1238          Entered By: MPIMSKAV , VAIL, RN

Updated Dt/Tm: 01-23-2008 1240        Updated By: MPIMSKAV , VAIL, RN

"I have tightness in my chest.  I was out on the yard and I smelled smoke and
now I am having a hard time breathing.  I used my inhaler already.  I can't
take a deep breath without my chest hurting."

## Objective

### Vitals

Vitals Dt/Tm: 01-23-2008 1240       Temp (°F): 97.7      Pulse: 106      Respiration: 18

Blood Pressure: 160/84       Wgt: 183      Hgt: ' "      Provider: VAIL, RN , KAY

Notes:

### Other

Name: Chest pain

Provider: VAIL, RN , KAY                                    Other Dt/Tm: 01-23-2008 1241

Notes: Seen in clinic.  A&OX4, amb with steady erect gait, no guarding.  Skin warm and
dry.  Color pink.  In NAD.  Unable to take a deep breath - unable to auscultate
lung sounds.  T/C to CTC transport to CTC for eval.

---

**PHYSICIAN'S PROGRESS NOTES**

CDC #: J20913

Name(L,F,M,S):  SIMS, DERRICK

CDC 7230
STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

# Assessment

## Medical Diagnosis

**Code:** 493          **Description:** ASTHMA
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 10-05-2005 1248          **Resolve Dt/Tm:** 07-18-2006 1402          **Priority:**
**Notes:**


**Code:** 493          **Description:** ASTHMA
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 10-13-2006 1205          **Resolve Dt/Tm:** 05-01-2007 1127          **Priority:**
**Notes:**


**Code:** 493          **Description:** ASTHMA
**Axis:**          **GAF:**          **Status:** CURRENT          **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 10-19-2007 1531          **Resolve Dt/Tm:** 00-00-0000 0000          **Priority:**
**Notes:**


**Code:** 692.9          **Description:** DERMATOLOGICAL DISORDER
**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 02-09-2007 1005          **Resolve Dt/Tm:** 05-01-2007 1127          **Priority:** 001
**Notes:**   skin irritation aveeno soap, jock itch


**Code:** 9991          **Description:** EARS, NOSE, & THROAT DISEASE
**Axis:**          **GAF:**          **Status:** CURRENT          **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 08-28-2007 1446          **Resolve Dt/Tm:** 00-00-0000 0000          **Priority:**
**Notes:**   recurrent epistaxis and AR

COPY

| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
| --- | --- |
| | **Name(L,F,M,S):**  SIMS, DERRICK |

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

**Code:** 787    **Description:** GI DISORDER NOT GERD
**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** RISENHOOVER, FNP, SUE
**Diagnosis Dt/Tm:** 02-09-2007 1006    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:** 002
**Notes:**

**Code:** 781    **Description:** NEUROLOGICAL DISORDER NOT SEIZURE
**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 04-18-2007 1516    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:**
**Notes:**

**Code:** 9992    **Description:** NURSING DIAGNOSIS
**Axis:**    **GAF:**    **Status:** CURRENT    **Provider:** VAIL, RN, KAY
**Diagnosis Dt/Tm:** 12-14-2007 0847    **Resolve Dt/Tm:** 00-00-0000 0000    **Priority:**
**Notes:**

**Code:** 733.90    **Description:** ORTHOPEDIC DISORDER
**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 11-13-2006 1050    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:**
**Notes:**

**Code:** 733.90    **Description:** ORTHOPEDIC DISORDER
**Axis:**    **GAF:**    **Status:** CURRENT    **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 10-09-2007 1152    **Resolve Dt/Tm:** 00-00-0000 0000    **Priority:**
**Notes:** R elbow > L elbow pain

COPY

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
| | **Name(L,F,M,S):** SIMS, DERRICK |
| CDC 7230 STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | |

# Assessment

## Medical Diagnosis

**Code:** 9993          **Description:** PAIN/HEADACHE SYNDROME
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 03-27-2007 1449     **Resolve Dt/Tm:** 05-01-2007 1127     **Priority:**
**Notes:**

**Code:** 999999          **Description:** RISK FOR INJURY R/T REFUSAL OF TX
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** POMERLEAU,, HELEN
**Diagnosis Dt/Tm:** 07-27-2005 1100     **Resolve Dt/Tm:** 07-18-2006 1403     **Priority:**
**Notes:**

**Code:** 999999          **Description:** ASTHMA MED DOT TO CM
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** ALLEN,, EVERETT
**Diagnosis Dt/Tm:** 08-03-2005 0926     **Resolve Dt/Tm:** 07-18-2006 1403     **Priority:**
**Notes:**

**Code:** 999999          **Description:** HEALTH CARE MAINTENANCE
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** POMERLEAU,, HELEN
**Diagnosis Dt/Tm:** 08-22-2005 1251     **Resolve Dt/Tm:** 07-18-2006 1403     **Priority:**
**Notes:**

**Code:** 070.54          **Description:** CHRNC HPT C WO HPAT COMA
**Axis:**     **GAF:**          **Status:** COMPLETE     **Provider:** ROWE, MD, LINDA
**Diagnosis Dt/Tm:** 10-05-2005 1249     **Resolve Dt/Tm:** 07-18-2006 1402     **Priority:**
**Notes:**

COPY

| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
| --- | --- |
| CDC 7230 | **Name(L,F,M,S):** SIMS, DERRICK |
| STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS | |

# Assessment

## Medical Diagnosis

**Code:** 346          **Description:** MIGRAINE

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 10-05-2005 1249          **Resolve Dt/Tm:** 07-18-2006 1402          **Priority:**

**Notes:**


**Code:** 999999          **Description:** ALT IN COMFORT

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 11-09-2005 1113          **Resolve Dt/Tm:** 07-18-2006 1402          **Priority:**

**Notes:**


**Code:** 999999          **Description:** WEIGHT LOSS, ? ETIOLOGY

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 11-21-2005 1120          **Resolve Dt/Tm:** 07-18-2006 1407          **Priority:**

**Notes:**


**Code:** 787.02          **Description:** NAUSEA ALONE

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 11-21-2005 1121          **Resolve Dt/Tm:** 07-18-2006 1407          **Priority:**

**Notes:**


**Code:** 789.09          **Description:** ABDMNAL PAIN OTH SPCF ST

**Axis:**          **GAF:**          **Status:** COMPLETE          **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 11-21-2005 1121          **Resolve Dt/Tm:** 07-18-2006 1407          **Priority:**

**Notes:**

---

**PHYSICIAN'S PROGRESS NOTES**

**CDC #:** J20913

**Name(L,F,M,S):** SIMS, DERRICK

CDC 7230
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

# Assessment

## Medical Diagnosis

**Code:** 530.11    **Description:** REFLUX ESOPHAGITIS

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 12-21-2005 1340    **Resolve Dt/Tm:** 05-01-2007 1127    **Priority:**

**Notes:**

**Code:** 999999    **Description:** ALT IN COMFORT

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 01-10-2006 0931    **Resolve Dt/Tm:** 07-18-2006 1407    **Priority:**

**Notes:**

**Code:** 724.9    **Description:** BACK DISORDER NOS

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 01-28-2006 1524    **Resolve Dt/Tm:** 07-18-2006 1407    **Priority:**

**Notes:**

**Code:** 999999    **Description:** EPITAXIS

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** EMAMI, MD, SHAHRAM

**Diagnosis Dt/Tm:** 04-18-2006 1015    **Resolve Dt/Tm:** 03-27-2007 1448    **Priority:**

**Notes:**

**Code:** 346    **Description:** MIGRAINE

**Axis:**    **GAF:**    **Status:** COMPLETE    **Provider:** ROWE, MD, LINDA

**Diagnosis Dt/Tm:** 07-14-2006 1432    **Resolve Dt/Tm:** 03-27-2007 1448    **Priority:**

**Notes:**

COPY

## PHYSICIAN'S PROGRESS NOTES

**CDC #:** J20913

**Name(L,F,M,S):** SIMS, DERRICK

CDC 7230

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

## Assessment

### Medical Diagnosis

**Code:** 999999       **Description:** NURSING DIAGNOSIS

**Axis:**     **GAF:**       **Status:** COMPLETE    **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 08-14-2006 1017     **Resolve Dt/Tm:** 12-14-2007 0847     **Priority:**

**Notes:**


**Code:** V68.1       **Description:** ISSUE OF REPEAT PRESCRIPTIONS

**Axis:**     **GAF:**       **Status:** COMPLETE    **Provider:** BREE, RN, LORI

**Diagnosis Dt/Tm:** 08-14-2006 1018     **Resolve Dt/Tm:** 10-13-2006 1205     **Priority:**

**Notes:**

## Plan

**Provider:** VAIL, RN , KAY       **Plan Dt/Tm:** 01-23-2008 1247     **Completed By:**

**Completed Dt/Tm:**        **Patient Education:** N    **Phone Order Status:** NONE

**Entry Dt/Tm:** 01-23-2008 1247     **Entered By:** MPIMSKAV, VAIL, RN

Impaired gas exchange r/t c/o shortness of breath and chest pain

1)   Send to CTC for eval
2)   Verbalized understanding and acceptance.

## Order

| | |
|---|---|
| **PHYSICIAN'S PROGRESS NOTES** | **CDC #:** J20913 |
| | **Name(L,F,M,S):** SIMS, DERRICK |
| CDC 7230 | |
| STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS | |

EXHIBIT ("C")





ST. JOSEPH'S HOSPITAL

**Cardiopulmonary services**
**Eureka, CA.**

J-209 13

C2-1146

# Bronchochallenge Report

## Protocol: ATS_Methacholine(2)

ID: 07/241/SIMD
Name: SIMS, DERRICK
Age: 33   Height(in): 68
Weight(lb): 172   Gender: Male
Race:
Date: 08/22/07
**Technician: E. Levin RCP/RRT/BS**
**Physician: MICHAEL SAYER MD**
**Diagnosis: R/O ASTHMA**



| | Ref | Pre Meas | Level 1 Meas | Level 2 Meas | Level 3 Meas | Level 4 Meas | Level 5 Meas | Level 6 Meas | Level 7 Meas | Level 8 Meas | Level 9 Meas | Post Meas |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dose | | | | | | | | | | | | |
| FVC Liters | 5.00 | 3.66 | | | | | | | | | | |
| % Ref | | 73 | | | | | | | | | | |
| % Chg | | | | | | | | | | | | |
| Dose | | | | | | | | | | | | |
| FEV1 Liters | 3.94 | 2.23 | | | | | | | | | | |
| % Ref | | 56 | | | | | | | | | | |
| % Chg | | | | | | | | | | | | |
| Dose | | | | | | | | | | | | |
| FEF25-75% | 4.22 | 1.93 | | | | | | | | | | |
| % Ref | | 46 | | | | | | | | | | |
| % Chg | | | | | | | | | | | | |
| Dose | | | | | | | | | | | | |
| PEF L/sec | 9.08 | 3.12 | | | | | | | | | | |
| % Ref | | 34 | | | | | | | | | | |
| % Chg | | | | | | | | | | | | |

PELICAN BAY S.H.U

UNIT C-2

PD 20 FEV1:

Version: IVS-0101-05-2A


Pg c 1

AUG-22-2007 13:48    From:

**Name: SIMS, DERRICK**

ID: 07/24/1/SIMD

ID: PBSP SP

Page:004 R=97%

**Pre/Max**

Level 1

Level 2

Flow



Level 3

Level 4

Level 5

Level 6

Level 7

Level 8

Level 9

PostMax

**Comments:** Pt does not qualify for bronchial provocation per protocol

**Interpretation:**

EXHIBIT 



SEP 1 3 2007

PER CCR TITE 15 SECS. 3450.(a)(c) STATEMENT OF
DISAGREEMENT APPEAL # PBSP-B07-01270

## - DECLARATION -

1  STATMENTS of FACT.

2  ON 8/28/07 I DERRICK SIMS J-20913 C-2-114 PBSP

3  ATTENDED CHRONIC CARE FOR ~~my~~ ASTHMA WITH DR.

4  LINDA ROWE. DURRING CONVERSATION WITH ROWE

5  I WAS ASKED IF I USE THE RX FLOWVENT

6  ~~HW~~ & HOW OFTEN I EXPLAINED TO LINDA ROWE

7  I USE THE FLOVENT INHALER EVERY NIGHT &

8  MY ALBUTEROL SEVERAL TIMES A WEEK...

9  AT THAT TIME MS. ROWE STATED I NEED TO

10 USE MY RX FLOWVENT EVERYDAY 2 TIMES DAILY

11 I ATTEMPTED TO EXPLAIN I HAVE COMPLICATIONS

12 & AM NOT CONFORTABLE REQUESTING MY INHALER

13 IN THE MORNINGS DUE TO TRYING TO AVOID

14 FRIVOLOUS IGNORANCE & REDUNDANT CONPLAINING OF 2ND WATCH

15 GUNNER, BUT DO USE IT ON MON & TUES. 2 TIMES

16 A DAY... AND WAS TOLD "I DON'T CARE... USE 2 TIMES" ___

17 ALSO I ATTEMPTED TO EXPLAIN THAT THIS

18 UNIT I'M HOUSED IN IS ADJACENT TO THE

19 BACK DOC WHERE NUMEROUS TRUCKS& CARS TRAFFIC IN &

20 OUT FOR DELIVERY OF WHATEVER. & I OFFTEN

21 SUFFER FROM THE FUMES FROM THE EXHUAST...

22 DUE TO MY ASTHMA. THE EXHUAST GETS

23 TRAPPED INSIDE THE WALLS ON THE YARD WHEN

24 I'M OUTSIDE. I ALSO ATTEMPTED TO COMPLAIN

25 THAT THE FLOWVENT INHALER STATES ON THE

26 WARNING LABLE QUOTE: " SPECIAL POPULATIONS:

27 SINCE FLUTICASONE PROPIONATE IS PREDOMINANTLY CLEARED

28 BY HEPATIC METABOLISM. INPAIRMEN — ~ →

1  of liver function MAY LEAD to ACCUMULATION of
2  fluticasone propionate in plasma, THEREFORE, patients
3  with hepatic desease should be closely MONITORED
4  UNQUOTE... I EXPRESSED MY CONCERNS for that
5  Warning.. & WAS told its a VERY low dose not
6  to WORRY. (1) why would the warning lable state
7  that if its low dosage? (2) Linda Rowe contradicts
8  HERSELF. on one occassion I REQUESTED Lamilsil
9  pills for TOENAIL fungus & WAS told "No"
10 because of Hep.C. & MY liver. also at
11 consultation on 6/4/07 Linda told Me MY
12 asthma is SEVERE & out of control, also
13 after pft. she again stated the same
14 on another date, after I complained of 3.
15 minor asthma episodes in the middle of
16 the night.. Also prior to the above linda
17 told ME I WAS limited to the asthma meds
18 due to MY liver problEM... then on 8/28/07
19 she spoke to Mr. M.C. SAYRE who told HER of
20 MY filed (1824) And changed up stating "WE have
21 control of your "asthma". But yet told
22 ME she did Not understand why M.C. SAYRE
23 took the actions taken for (1824) # PBSP. B07-01270
24 the test that was scheduled BY MC SAYRE
25 WAS unconstitutional according To MEDICAL MD
26 DR. ●●●● ●●●● of st. Joseph's Hospital. on
27 8/22/07... END of statEMENT...  Derrick Sims
28 DATE. 8/28/07 upon RETURN FROM

State of California

Department of Corrections and Rehabilitation
CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

NAME: _Sams_     CDC #: _J20913_     HOUSING: _C2/14_

## YOUR APPEAL IS BEING RETURNED FOR THE FOLLOWING REASON(S):

[X] 4. In violation of the CCR, Title 15, Sections 3084.2(b), 3084.3(c)(4) & 3084.5(a)(1), you failed and must attach evidence that shows you attempted to get an Informal resolution, prior to the appeal being assigned to the Formal Level(s) of appeal review. If a staff member fails to respond after 10 working days, use the Chain of Command and submit the Appeal to that staff member's supervisor, or unit/area supervisors.

| | | | |
|---|---|---|---|
| [ ] Counselor | [ ] PBSP R&R | [X] Med Clinic | [ ] Records |
| [ ] Unit Officer | [ ] PSU Property | [ ] Dental Clinic | [ ] Inmate Assignments |
| [ ] Mail Room | [ ] PBSP SHU Prop. | [ ] Psych Office | [ ] PBSP Trust Office |
| [ ] Law Library | [ ] Food Services | [ ] Med Records | [ ] Plant Ops |
| [ ] Work Supervisor | | [ ] Other _____ | |

[ ] 5. You have not adequately completed the CDC Form 602, or have not attached the proper documents. Follow instructions and attach the items noted below, send what documents you have, or explain why they are not available per the CCR, Title 15, Section 3084.3(c)(5):

| | |
|---|---|
| [ ] Supporting Documents & Receipts | [ ] CDC 1845 Disability Verification |
| [ ] GA 22 Request For Interview | [ ] CDC 1824 Reasonable/Accommodation |
| [ ] CDC 115 Results With final dispo | [ ] CDC 7362 Health Care Required Co-Pay |
| [ ] CDC 115 IE/DA information/Report | [ ] CDC 128-C Medical Chrono |
| [ ] CDC 115 Supplemental Reports | [ ] Cell Search Slip |
| [ ] CDC 114-D Lockup Order | [ ] Property Inventory Receipt |
| [ ] CDC 1030 Confidential Disclosure | [ ] CDC 143 Property Transfer Receipt |
| [ ] Lab Results Sheet | [ ] Package Inventory Slip |
| [ ] CDC 7219 Medical Report | [ ] Proof of Ownership/Value |
| [ ] CDC 128-A _____ | [ ] More Specific Information |
| [ ] CDC 128-B _____ | [ ] Trust Statement |
| [ ] CDC 128-G _____ | [ ] CDC 193 Trust Acct Withdrawal Order |
| [ ] CDC 629A/629B Assess SHU Term | [ ] Legal Status Summary |
| [ ] CDC 812/A/B Critical/Enemy | [ ] Abstract of Judgment (AOJ) |
| [ ] CDC 839/840 Class/Reclass Score | [ ] CDC 1858[PC 148.6/CCR 3391(d)] Info.Advis. |
| [ ] CDC 958 Restoration Request | [ ] Emerg. Unwarranted CCR 3084.7(a)(2)(A) |
| [ ] CDC 1819 Correspondence Denial | [ ] Failed to Complete Section _____ |
| [ ] Other _____ | [ ] Sign & Date Section _____ |
| | [ ] CDC Form 602 _____ |

[ ] 7. The issue has been resolved, PBSP Appeal Log No. _____. A copy of the Second (Warden's) Level of Appeal review is attached per the CCR, Title 15, Section 3084.2(g)(1)(2(3).

[ ] 8. Abuse of the appeal procedure: _____

Comments: _Return to Inmate,_
_this is a sickby Call issue_
_Chronic Care_
_Suggest you sent it/ Discuss with Dr Rowe._

                                        _9-13-07_
                                        Date

_J. KRAVITZ CC II_
Medical Appeals Coordinator

This screening action may not be appealed unless the above reasons are inaccurate and the inmate can provide supporting arguments against the screening decision.
**PERMANENT APPEAL ATTACHMENT  -  DO NOT REMOVE**
PBSP     (Rev. 11/06)     CCR 3084.3(d)     PBSP

and the highly potent cytochrome P450 3A4 inhibitor ritonavir is not recommended (see DESCRIPTION).

In a drug interaction study, coadministration of orally inhaled fluticasone propionate (1,000 mcg) and ketoconazole (200 mg once daily) resulted in increased plasma fluticasone propionate exposure and reduced plasma cortisol exposure.

In another multiple-dose drug interaction study, coadministration of orally inhaled fluticasone propionate (500 mcg twice daily) and erythromycin (333 mg 3 times daily) did not affect fluticasone propionate pharmacokinetics.

Similar definitive studies with fluticasone propionate administered via FLOVENT HFA have not been performed.

**Drug Interactions:** Coadministration of fluticasone propionate and ritonavir...

**Special Populations: Hepatic Impairment:** Since fluticasone propionate is predominantly cleared by hepatic metabolism, impairment of liver function may lead to accumulation of fluticasone propionate in plasma. Therefore, patients with hepatic disease should be closely monitored.

### CONTRAINDICATIONS

FLOVENT HFA Inhalation Aerosol is contraindicated in the primary treatment of status asthmaticus or other acute episodes of asthma where intensive measures are required.

FLOVENT HFA Inhalation Aerosol is NOT indicated for the relief of acute bronchospasm.

### INDICATIONS AND USAGE

FLOVENT HFA Inhalation Aerosol is indicated for the maintenance treatment of asthma as prophylactic therapy in adolescent and adult patients...

### WARNINGS

Particular care is needed for patients who are transferred from systemically active corticosteroids to FLOVENT HFA because deaths due to adrenal insufficiency have occurred in patients with asthma during and after transfer from systemic corticosteroids to less systemically available inhaled corticosteroids...

### PRECAUTIONS

**General:** Orally inhaled corticosteroids may cause a reduction in growth velocity when administered to pediatric patients (see PRECAUTIONS: Pediatric Use).

During withdrawal...

### CLINICAL TRIALS

Three randomized, double-blind, parallel-group, placebo-controlled clinical trials were conducted in the US in 980 adolescent and adult patients (≥12 years of age) with asthma to assess the safety and efficacy of FLOVENT HFA in the treatment of asthma...

At endpoint (last observation), mean change from baseline in AM pre-dose FEV1 was greater in all 3 groups treated with FLOVENT HFA (88, 220, and 440 mcg twice daily) compared with placebo...

Figure 1 displays results of one pulmonary function tests (mean percent change from baseline in FEV1 prior to AM dose) for the recommended starting dosage of FLOVENT HFA (88 mcg twice daily) and placebo from Study 1. This trial used predetermined...



■ Placebo
▨ FLOVENT HFA 440 mcg twice daily
▧ FLOVENT HFA 880 mcg twice daily

EXHiBiT E

④

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128G (REV.2/69)

**NO.: J20913    NAME: SIMS    HOUSING: 7A105U**

INMATE COPY

**Custody: MAXS    CS: 165    LEVEL: IV    WG/PG: D1/D    Eff. Date: 7/10/02**
**Type/Release Date: LWOP**
**TT: LWOP    BPT: N/A    Assignment/Action Taken:    PROGRAM REVIEW IN PERSON/CHANGE YARD**
**FROM CC EME #2 TO WA/ REAFFIRM SC/ REAFFIRM ICC ACTION 11-21-02**

Inmate SIM's case was reviewed by ICC in person this date for the purpose of **PROGRAM REVIEW**. Subject stated that he was in good health and was ready to proceed. Staff Assistant waived per Inmate request and committee's determination that Inmate can communicate and understand committee actions. Subject was originally placed in ASU on 1-11-02 at CCI-IVA for Conspiracy to traffic narcotics. Subject received a 9 month expected SHU Term with a MERD of 8-4-02. Non-shuable offence resulted in a MERD of 9-19-02. Subsequently, Subject was validated as an Associate of the Mexican Mafia Prison Gang, refer to 128B2 dated 10-18-02. ICC action dated 11-21-02 referred the case to the CSR for approval of Indeterminate SHU and transfer to PBSP-SHU ALT COR-SHU. Subsequently, Subject's yard was suspended and subject was placed on Single Cell status pending Committee review based on Confidential Memorandum dated 12-6-02 which indicates Subject is a target for assault.

**COMMITTEE DECISION:** After reviewing all case factors, committee elects to Raffirm ICC action dated 11-21-02 refering the case to the CSR recommending an Indeterminate Shu term based on Subject's validation as an Associate of the Mexican Mafia Prison Gang. Additionally request transfer to PBSP-SHU/COR-SHU. Exercise yard categories were discussed and explained with the Subject. Committee acts to change Subject from the C/C EME #2 to WALK ALONE Exercise Yard based on Confidential information which indicates Subject is the target for assault. Committee further elects to change Subject from Double Cell to Single Cell based on Subject' possibly being the target for assault. Subject is not in agreement with both his yard and cell status. Change custody from MAX to MAXS. Subject actively participated in Committee discussion and decision stating that he requests a 1030 confidential disclosure pertaining to the yard suspension. Subject was advised of his appeal rights, as well as, behavioral expectations.

**CASE FACTORS:** Subject is a 28-year-old, Other, 1st-Termer, received into CDC on 5-24-94 from Los Angeles County, for the offense of 1st degree Murder. **GPL:** 2.5. **Reading level:** 3.3. Subject was reviewed for **DDP/DPP** and does not meet the criteria. **Medical status:** Full Duty with Camp based on CDC 128C dated 2-2-01. **Psych Concerns:** Clear per CDC 128C dated 11-21-02. Subject was reviewed for **MDO** consideration and does not meet the criteria. **TB code is:** 32 per CDC 128C dated 5-4-02. **Escapes:** Clear. **Arson:** Clear. **Sex Related Offenses:** Clear. **HWDs:** Clear. Past substance use: Alcohol and Marijuana. **CDC 812/812C** notes enemies: yes. **Gang Affiliation:** EME Associate, and Mid City Stoner. **Moniker:** Chim Chim. **Confidential information:** yes, and all materials have been reviewed and appropriately approved. **Registration required:** None. **Notification required:** PC 296 AND PC 3058.6. **Restitution ordered:** $200.00. **Past disciplinary history consists of notable CDC-115s for:** Delaying a Peace Officer. (2) Trafficking Narcotics, Dangerous Contraband, Leading a Disturbance, (2) Possession of Inmate Manufactured Alcohol, (2) Battery on an Inmate, Battery on an Inmate without Serious Injury, (4) Mutual Combat, Destruction of State Property, Failure to Report, threatening Staff, Failure to comply with Medication regimen, Delaying Count, and Delaying Lockup Subject is disqualified from Minimum Support Facility, Fire Camp, Community Correctional Facility, Substance Abuse Program, Restitution Center, or Community Correctional Re-entry Center Programs based on LWOP. **Next anticipated review date is 5-25-03 for CDC Annual and 180 INDET Review.** Subject is a Level IV 180 design Inmate based on A-1 criteria.

**COMMITTEE:**

K. TODD, AW
T.CASEY, CC-I
D. ZANCHI, FC(A)
DR: SKEEN, PSYCH PHD

J. SULLIVAN, CDW
CHAIRPERSON

D. CHAPMAN, C&PR(A)
RECORDER

**Date: 12-12-02    tlc**    **Classification: YARD REVIEW**    **Inst: CCI-IVA SHU**

⑰

EXHIBIT (F.)

BURN dATES...

BURN DATES... I

9/29/07. SAT. 8:40. P.M.••• 9/30/07. SUN. 10:00 A.M.•••

10/2/07 "TUE" 9:11 PM... 10/6/07 SAT. 8:48 PM  Asthma attack...

10/8/07 8:55 AM... and 1/8/07 2:00PM. 10/8/07, 7:32 PM. MON

10/9/07  5:07 AM Smoke & Asthma Episode... 10/9/07 all day Long

10/10/07  8:22 AM... 10/10/07. 6:43 PM... 10/11/07 5:50 AM

10/12/07 12:33 P.M.  10/14/07  6:00 AM, & 9:34 AM...

10/14/07   11:30 AM... 10/15/07  12:37 PM. & 1:10 PM...

10/16/07  7:52 AM  9:55 ON 10/16/07 ASTHMA EPISODE

USED INHALER 3 TIMES, 10/17/07 10:30 am. all day

10/17/07. 3:48. STRONGER. with a smell of gas or some

sort  of  burn chemical. EXPERIENCING chest pains

& shortness of breath... 10/18/07: 8:30 AM...

10/19/07 12:52 PM  with ashes falling onto shell yard...

10/19/07  4:00 P.M. 10/20/07: 7:19 AM. 10/20/07 1:00 PM

10/20/07 6:31. PM. 10/21/07 10:04 AM 10/21/07 6:14 PM...

10/23/07 7:50 PM... 10/27/07  5:33 AM 10/27/07. 5:00 PM

10/31/07: 10:30 AM 11/1/07, 10:15 | 11/1/07 - 8:01 PM,

11/2/07 5:30 pm  11/4/07. 6:44 pm

11/5/07: 10:00 AM  11/6/07. 7:07 PM  11/9/07. 1:00 PM

11/10/07 9:40 AM...  11/11/07: 9:00 AM  11/11/07 4:36 PM

11/18/07 11:00 AM  11/19/07 8:42 pm  11/20/07 5:26 pm

11/21/07 4:26 P.M. ... 11/4/07 4:58 pm 11/23/07 6:06 pm

11/24/07. 4:00 AM  11/25/07 7:55 AM 11/25/07 5:39 pm

11/26/07 2:00 pm   11/26/07 6:23 pm 12/1/07

11:57 AM 12/2/07 8:18 ON YARD & in CELL

12/6/07 4:47 pm  12/8/07 5:15 AM 12/8/07 9:42 pm

BURN DATES... II

12/9/07. 2:44 AM. Asthma Episode w/ Chest Pain & short Breaths. Tried to call for Inhaler. Could not talk loud Enough. to Get anyones attention... 12/9/07 9:40 pm WHEEZING & when went to use Inhaler Staff Notified ME that its ~~probly~~ Probably Wood Stoves Used when its Cold. I asked at 3:00 in the morning too? He stated Yup the turn them down at Night & it INCREASES the Smoke...

12/9/07 8:44 PM. 12/10/07 6:56 AM. And 7:30 AM
12/11/07 3:06 PM. And 5:00 PM... 12/12/07 5:11 PM
12/13/07 6:14 PM. 12/14/07: 10:00 AM 12/14/07 1:47 PM
12/14/07 5:30 PM. 12/23/07 9:09 AM.

BURN DATES CONT. II

12/30/07  9:00 AM.  12/31/07  6:56 PM.  1/1/08.  7:00 PM

1/2/08  11:00 AM  1/11/08  6:46 PM.  1/12/08  8:08 PM

1/13/08.  7:54. AM  1/15/08.  9:41. PM  1/16/08.  7:46 AM

SMELLS like CAR Exhaust.  1/16/08.  6:44 PM. 1/17/08.

8:44 AM while at Law LIBRARY 1/18/08.  6:37 AM

8:40 AM and 11:00 AM. IN CELL & OUTSIDE.

WENT to YARD a li'l After 10:AM...  1/18/08  5:33 PM.

1/19/08  6:06 AM  1/19/08  10:00  And  6:40 PM.  1/20/08

5:05 PM  1/22/08  5:56 PM.  1/23/08  2:42. AM Episode.

1/23/08  12:05 PM.  Tight Chest.  WENT to C+C. What I

NotiCed is Pk. Flow 423. and at D. Clinic Still had

MINER SYMPTOMS & Short breath Then WHEN WENT to

C+C. Chest loosened up. It's 1:44. PM Still HAVE

l.l. Chest pain & Some tightness.  WHEN REMOVED From

the SMOKE ENVIROMENT FeeL better...

1/23/08  6:03 PM.  1/24/08  5:00 PM  2/3/08.  9:01 AM

2/3/08.  9:04 PM.  2/4/08  5:02 AM  2/4/08  7:07 PM

2/5/08  9:10 AM  2/5/08  11: AM  & 2/5/08  1:17 PM

2/6/08  10:00 AM...  2/6/08 at Law LiBrary. 10:40 AM

2/6/08  7:03 PM.  2/8/08  9:50 AM.  2/8/08  6:14 PM

CALLED OUT FOR INHALER SEVERAL TIMES And NO

ANSWER. From GUNNER... KEPT Calling till I RAN

out of breath... FINALLY After APPRX. AN hour

WHEN MEd pass out 210  told C/O. I NEED MY

MEdS...  2/9/08  5:20 AM  2/9/08  12:09 PM. & 7:01 PM

2/10/08.  10:00 AM  2/12/08  8:58 AM...  2/13/08  6:1/7AM

1

2  BURN DATES CONT. III

3  2/15/08  8:07 REAL strong. EXPERIENCING CHEST pains &
   REAL HARSH TIGHTNESS of CHEST  2/17/08  6:16 PM

4  2/18/08  8:00 AM  2/19/08  10:02 AM.  2/24/08  11:16 AM

5  2/25/08  9:00 PM  2/26/08  6:00 AM.  2/26/08  9:14 AM

6

7

8

9

10

11

12

13

14

15

16

17

18

18

20

21

22

23

24

25

26

27

28

EXHIBIT G.





STATE OF WASHINGTON
## DEPARTMENT OF HEALTH

October 2, 2007

Derrick Sims J-20913
C-2-114 PO Box 7500
Crescent City CA 95531

Dear Mr. Sims:

Thank you for your public disclosure request received September 28, 2007 for complaint information regarding Michael Clifton Sayre, MD. The complaint number you quoted, 161993029931 does not correlate to any complaints in Washington State. Dr. Sayre does have 3 complaints filed against him in Washington State. One complaint is from 1997, no complaint type available, closed with no cause for action, file destroyed per applicable retention schedule. The other two complaints are from 1992, concerning unreasonable risk, closed with final order issued 03/19/1993. Reinstatement (Terminating Jurisdiction under Stipulation and Agreed Order) issued 09/02/1993. The Washington State Department of Health database printouts and legal documents associated with the complaints are enclosed.

The complaint files from the 1992 complaints total 484 pages. The Department of Health charges $.15 per page for copying any file that contains more than fifty (50) pages. This cost includes postage. If you would like a copy of the files, please see enclosed fee letter.

Sincerely,

*Meredith Den*

Meredith Denn, Coordinator
Public Disclosure Records Center
Health Professions Quality Assurance
PO Box 47865
Olympia WA  98504-7865

EXHiBiT H





STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95814
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95814
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Derrick Sims J20913
PO Box 7500
Crescent City, CA  95531

October 10, 2007

RE:  Claim G569721 for Derrick Sims, J20913

Dear Derrick Sims,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on August 30, 2007.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda.  The VCGCB will act on your claim at the December 13, 2007 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G569721 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

        Ltr 99 Complex Issue Reject



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

**GOVERNMENT CLAIMS PROGRAM**
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Derrick Sims J20913
PO Box 7500
Crescent City, CA  95531

December 19, 2007

RE:  Claim G569721 for Derrick Sims, J20913

Dear Derrick Sims,

The Victim Compensation and Government Claims Board rejected your claim at its hearing on December 13, 2007.

If you have questions about this matter, please mention letter reference 123 and claim number G569721 when you call or write your claim technician or analyst at (800) 955-0045.

Sincerely,

Laura Alarcòn,  Program Manager
Government Claims Program
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Warning

Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.   See Government Code Section 945.6.  You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

\* \* \* \* \* \* \* \* \*

It is not necessary or proper to include the Victims Compensation and Government Claims Board  (Board) in your court action unless the Board was identified as a defendant in your original claim.  Please consult Government Code section 955.4 regarding proper service of the summons.

Ltr 123 Claim Rejection

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5, 20 U.S.C. section 1746)

I, DERRICK SIMS, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the 3 day of 20, in the year of 20 08, I served the following documents: (set forth the exact title of documents served)

(1) ORIGINAL 1983 CIVIL ~~SUIT~~ SUIT COMPLAINT
IFP.

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postaage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

NORTHERN DISTRICT COURT
450 GoldenGATE AVE
SAnfrAncisco CA.
94102-3483

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3 day of 20, 20 08.

Signed: _Derrick Sim_
(Declarant Signature)

Rev: 03/10/00

NAME: SIMS . DERRICK

CDC NO: T-20913 HOUSING: D-7-221

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

RECEIVED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca.  94102-3483