**E-filing**

FILED
08 MAR 28 AM 10: 45
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

)
                              )  CV 08    1691
             Plaintiff,       )  CASE NO. _____
                              )
   vs.                        )  PRISONER'S                  SBA
                              )  APPLICATION TO PROCEED      (PR)
                              )  IN FORMA PAUPERIS
                              )
             Defendant.       )
_____)

J20913

I, DERRICK SIMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____  Net: _____∅_____
Employer: _____N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received. (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 _____N/A_____
5 _____
6 _____
7 2. Have you received, within the past twelve (12) months, any money from any of the
8 following sources:
9    a.   Business, Profession or                 Yes ___ No ✓
10            self employment
11   b.   Income from stocks, bonds,              Yes ___ No ✓
12           or royalties?
13   c.   Rent payments?                          Yes ___ No ✓
14   d.   Pensions, annuities, or                 Yes ___ No ✓
15           life insurance payments?
16   e.   Federal or State welfare payments,      Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/A_____
22 _____
23 3.   Are you married?                          Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ N/A _____

_____

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $ 0    Amount of Mortgage: $ 0

6. Do you own an automobile?    Yes ___ No ✓

Make ___—___ Year ___—___ Model ___—___

Is it financed? Yes ___ No ✓  If so, Total due: $ 0

Monthly Payment: $ 0

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ___ N/A ___

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓  Amount: $ 0

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ 0    Utilities: 0

Food: $ 0    Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
|  | $ 0 | $ 0 |
|  | $ — | $ 0 |
|  | $ 0 | $ 0 |

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5
6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits? Yes ✓ No ___
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10  _____HCPB 07-S163   DEL NORTE_____
11  _____SUPERIOR CT._____
12  I consent to prison officials withdrawing from my trust account and paying to the court
13  the initial partial filing fee and all installment payments required by the court.
14  I declare under the penalty of perjury that the foregoing is true and correct and
15  understand that a false statement herein may result in the dismissal of my claims.
16
17  2/25/08                                    *Derrick Lee* (signature)
       DATE                                    SIGNATURE OF APPLICANT
18
19
20                                      Case Number: _____
21
22
23
24
25
26
27
28

- 4 -

Case Number:_____

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Derrick Sims  J20913</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>31.67</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>63.88</u>.      (20%= $12.78)

Dated: 2/28/08                              _____
                                              Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____       _____

[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 26, 2008

ACCOUNT NUMBER : J20913                    BED/CELL NUMBER: DF05U 000000211L
ACCOUNT NAME   : SIMS, DERRICK             ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 09/06 | D300 | CASH DEPOSIT | 1107 #46 | | 140.00 | | 140.00 |
| 09/06 | W512 | LEGAL POSTAGE | 1123 | | | 1.31 | 138.69 |
| 09/07 | W516 | LEGAL COPY CH | 1173 | | | 13.68 | 125.01 |
| 09/12 | W512 | LEGAL POSTAGE | 1239 | | | 1.48 | 123.53 |
| 09/17 | W516 | LEGAL COPY CH | 1306 | | | 1.10 | 122.43 |
| 09/17 | W516 | LEGAL COPY CH | 1306 | | | 3.00 | 119.43 |
| 10/02 | FC04 | DRAW-FAC 4 | 1541 C2 | | | 45.00 | 74.43 |
| 10/02 | W415 | CASH WITHDRAW | 1557 CKREQ 283148454 | | | 11.95 | 62.48 |
| 10/12 | W415 | CASH WITHDRAW | 1731 CKREQ 283148562 | | | 10.95 | 51.53 |
| 11/01 | W502 | POSTAGE CHARG | 2006 | | | 1.99 | 49.54 |
| 11/05 | W516 | LEGAL COPY CH | 2027 | | | 0.20 | 49.34 |
| 11/05 | FC05 | DRAW-FAC 5 | 2043 D-5 | | | 45.00 | 4.34 |
| 11/30 | FR01 | CANTEEN RETUR | 702364 | | | 19.95- | 24.29 |
| 12/04 | FC05 | DRAW-FAC 5 | 2411 D-5 | | | 24.29 | 0.00 |
| 12/31 | FR01 | CANTEEN RETUR | 702748 | | | 2.35- | 2.35 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/15 | W516 | LEGAL COPY CH | 2995 | | | 0.95 | 1.40 |
| 01/15 | W516 | LEGAL COPY CH | 2995 | | | 1.40 | 0.00 |
| 01/24 | D300 | CASH DEPOSIT | 3186SI1/18 | | 50.00 | | 50.00 |
| 01/25 | W516 | LEGAL COPY CH | 3208 | | | 2.10 | 47.90 |
| 01/30*| W512 | LEGAL POSTAGE | 3275 | | | 2.84 | 45.06 |
| 01/30 | W512 | LEGAL POSTAGE | 3275 | | | 2.67 | 42.39 |
| 01/30*| W512 | LEGAL POSTAGE | 3275 | | | 0.58 | 41.81 |
| 01/31 | W501 | SHIPPING CHAR | 3294 | | | 7.69 | 34.12 |
| 01/31 | W517 | WRAP/S | 3294 | | | 0.50 | 33.62 |
| 01/31 | W502 | POSTAGE CHARG | 3298 | | | 0.41 | 33.21 |
| 02/04 | FC05 | DRAW-FAC 5 | 3371 D-5 | | | 33.21 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 190.00 | 190.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE

0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Kleppin
TRUST OFFICE