**United States District Court**
**For the Northern District of California**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK D. SIMS,

        Plaintiff,

  v.

MICHAEL SAYRE, et al.,

        Defendants.

_____/

No. C 08-1691 SBA (PR)

**ORDER GRANTING**
***IN FORMA PAUPERIS* STATUS**

      Plaintiff's application for in forma pauperis status is GRANTED. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $12.80. A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the Court's Financial Office.

      The Court will review Plaintiff's complaint in a separate written Order.

      IT IS SO ORDERED.

DATED: 5/8/08

                       _Saundra B Armstrong_
                       SAUNDRA BROWN ARMSTRONG
                       United States District Judge

P:\PRO-SE\SBA\CR.08\Sims1691.GrantIFP.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DERRICK SIMS,

         Plaintiff,

  v.

MICHAEL SAYRE et al,

         Defendant.
_____/

Case Number: CV08-01691 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick D. Sims J-20913
Pelican Bay State Prison
P.O. Box 7500
Crescent City,  CA 95531

PRISON ACCOUNT TRUST OFFICE
PELICAN BAY STATE PRISON
5905 LAKE EARL DRIVE
P.O. BOX 7000
CRESCENT CITY, CA 95531-7000

Dated: May 9, 2008

         Richard W. Wieking, Clerk
         By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

>    The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

>    Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK D. SIMS,

        Plaintiff,

  v.

MICHAEL SAYRE, et al.,

        Defendants.

_____/

No. C 08-1691 SBA (PR)

**ORDER GRANTING**
***IN FORMA PAUPERIS* STATUS**

    Plaintiff's application for in forma pauperis status is GRANTED. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $12.80. A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the Court's Financial Office.

    The Court will review Plaintiff's complaint in a separate written Order.

    IT IS SO ORDERED.

DATED: 5/8/08

                          Saundra B Armstrong
                          SAUNDRA BROWN ARMSTRONG
                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DERRICK SIMS,

          Plaintiff,

   v.

MICHAEL SAYRE et al,

          Defendant.
_____/

Case Number: CV08-01691 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick D. Sims J-20913
Pelican Bay State Prison
P.O. Box 7500
Crescent City,  CA 95531

PRISON ACCOUNT TRUST OFFICE
PELICAN BAY STATE PRISON
5905 LAKE EARL DRIVE
P.O. BOX 7000
CRESCENT CITY, CA 95531-7000

Dated: May 9, 2008

                          Richard W. Wieking, Clerk
                          By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

United States District Court
For the Northern District of California

1           IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

DERRICK D. SIMS,                No. C 08-1691 SBA (PR)

5

        Plaintiff,          **ORDER GRANTING**

6                           ***IN FORMA PAUPERIS* STATUS**

7   v.

MICHAEL SAYRE, et al.,

8

        Defendants.

9  _____/

10       Plaintiff's application for in forma pauperis status is GRANTED.  The total filing fee due is

11 $350.00.  The initial partial filing fee due for Plaintiff at this time is $12.80.  A copy of this Order

12 and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the

13 Court's Financial Office.

14       The Court will review Plaintiff's complaint in a separate written Order.

15       IT IS SO ORDERED.

16 DATED: 5/8/08               _Saundra B Armstrong_

17                       SAUNDRA BROWN ARMSTRONG
                        United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

P:\PRO-SE\SBA\CR.08\Sims1691.GrantIFP.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DERRICK SIMS,

        Plaintiff,

  v.

MICHAEL SAYRE et al,

        Defendant.

_____/

Case Number: CV08-01691 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick D. Sims J-20913
Pelican Bay State Prison
P.O. Box 7500
Crescent City,  CA 95531

PRISON ACCOUNT TRUST OFFICE
PELICAN BAY STATE PRISON
5905 LAKE EARL DRIVE
P.O. BOX 7000
CRESCENT CITY, CA 95531-7000

Dated: May 9, 2008

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

1

2

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

4

5

6

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

7

8

9

The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

10

11

12

Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

13

14

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

15

16

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

17

18

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

19

20

cc:     Plaintiff/Petitioner
        Finance Office

21

22

23

24

25

26

27

28