FILED

SEP - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DERRICK D. SIMS. J-20913
PLAINTIFF,
IN PRO SE.

v.

MICHAEAL C. SAYRE. et al.
DEFENDANTS.

No: C 08-1691 SBA.

LETTER to CLERK.

UNITED States District Court
NORTHERN District of California.

1. IF I HAVE NEW and MORE RELEVANT INFORMATION
to the ABOVE MENTIONED CASE WHEN IS
the right time to add it to MY CASE
I SEE the NURSE EVERY thirty to NINTY
DAYS. PLUS Staff ALSO HAVE VIOLATED the
Smoking policy WHICH EXERBATES MY CONDITION?

2. PLEASE SEND ME A COMPLETE COPY
Of the RULES of THE NORTHERN DISTRICT
COURT... THANK YOU for YOUR time

SinCERELY
DERRICK SIMS
DERRICK SIMS
IN PRO SE.

9/1/08

Derrick Sims, ⊕ T26913
D9-221 P.o. Box 7500
CRESCENT CITY CA. 95531

LEGAL MAIL
8/31/08-9/1/08

EUREKA CA 955

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

USA 42

office of the clerk, U.S. District court
NorthERN District of California
1301 CLAY ST. SUITE 400 S
OAKLAND, CA. 94612 - 5212

94612Ɛ5212

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

© USPS 2008

C/O F. William