IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. SIMS, | No. C 08-1691 SBA (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO APPEAL** |
| v. | |
| MICHAEL C. SAYRE, et al., | (Docket No. 86) |
| Defendants. | |

This is a civil rights case filed pro se by a state prisoner. The Court granted Defendants' motion for summary judgment. Judgment was entered on April 13, 2011. On April 28, 2011, Plaintiff filed a motion for a thirty-day extension of time to appeal, supported by a declaration in which he says that he is only allowed to visit the prison law library once a month, and that for only two hours. A notice of appeal is a very simple document, but even so at least one visit to the law library might be necessary to find a form or research the required content. Good cause having been shown, Plaintiff's motion to extend the time to appeal (document number 86 on the docket) is GRANTED. See Fed. R.App.P. 4(a)(5). The time to appeal is extended to June 13, 2011.

This Order terminates docket number 86.

IT IS SO ORDERED.

DATED: 5/4/11

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DERRICK SIMS,

    Plaintiff,

v.

MICHAEL SAYRE et al,

    Defendant.

Case Number: CV08-01691 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick D. Sims J-20913
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7500
Crescent City, CA 95531

Dated: May 6, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk